IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON MEDICAL-SURGICAL MINNESOTA SUPPLY INC., a Minnesota corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THRIVE SKILLED PEDIATRIC CARE, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Redacted - Public Version**<br><br>C.A. No. 24-172-MN |

## RULE 7.1 DISCLOSURE STATEMENT

Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Lindsey M. Gellar (No. 7202)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
lgellar@shawkeller.com
*Attorneys for Defendant Thrive Skilled Pediatric Care*

Dated: March 6, 2024

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Thrive Skilled Pediatric Care, LLC, a non-governmental entity, through its undersigned counsel, identifies the following members and their citizenship:



Pennsylvania


Rhode Island

Texas

Dated: March 6, 2024

/s/ Andrew E. Russell
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Lindsey M. Gellar (No. 7202)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
lgellar@shawkeller.com
*Attorneys for Defendant Thrive Skilled Pediatric Care*