UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON MEDICAL-SURGICAL MINNESOTA SUPPLY INC., a Minnesota corporation,<br><br>       Plaintiff,<br><br>v.<br><br>THRIVE SKILLED PEDIATRIC CARE, LLC, a Delaware limited liability company,<br><br>       Defendant. | Case No. 24-cv-00172-MN<br><br>**FIRST AMENDED COMPLAINT** |

**FIRST AMENDED COMPLAINT**

Plaintiff McKesson Medical-Surgical Minnesota Supply Inc. ("Plaintiff" or "McKesson"), by its undersigned counsel, as and for its First Amended Complaint (the "Complaint"), against Defendant Thrive Skilled Pediatric Case, LLC ("Defendant" or "Thrive"), alleges and states as follows:

**PARTIES**

1.  McKesson is a corporation duly organized and existing under the laws of the State of Minnesota with a principal place of business at 9954 Mayland Drive, Suite 4000, Richmond, Virginia 23233.

2.  McKesson is informed and believes, and based thereon alleges, that Thrive was, at all times relevant herein, and is a Delaware limited liability company, with a principal place of business at 101 Edgewater Drive, Suite 110, Wakefield, Massachusetts 01880. Upon information and belief, each of Thrive's members are citizens of Massachusetts. Thrive can be served through its registered agent for service, The