# EXHIBIT 1

# EXHIBIT 1

**McKESSON**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:    20016595

**Invoice**

**Page 1 of 3**

RCHE1DPD01

Shipped From:
MCKESSON MEDICAL-SURGICAL INC
1005 SATELLITE BLVD.
SUWANEE,GA 30024
SHIPPED FROM LICENSE: PHWH001594

STM-MAR-BULK
1800 SANDY PLAINS RD STE 224
PARKWAY
MARIETTA GA  30066-6554

Shipped To: ▮
STM-MAR-BULK THRIVE
STE 224
1800 SANDY PLAINS INDUSTRIAL PKWY
MARIETTA GA  30066-6363
Ordered By: ▮
REGULATORY LICENSE:  PHDME000132

TIN: ▮
DUNS: ▮

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:              1-888-822-8111

| Sales Order Number | 448484 | Invoice Number | 19854729 |
|---|---|---|---|
| Sales Order Date | 07/25/2023 | Invoice Date | 07/25/2023 |
| PO Number | 390393 | Payment Due Date | 10/23/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $2,383.61 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 282080 | Vendor:  AVANOS | GASTROSTOMY KIT, MIC-KEY 14FR | ▮ | EA | ▮ | ▮ | 102.33 | .00 | |
| | Vend Cat#:  0120-14-1.7 | PO LN 1 | | | | | | | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/25/2023  From: Atlanta  Via: PRIVATE FLEET - ATL - ATLANTA  Broker Lic: PHWH004554 | | | | | | | | |
| 805445 | Vendor:  NESTLE | COMPLEAT, PEDIATRIC LO CAL UNF | ▮ | EA | ▮ | ▮ | 197.16 | .00 | |
| | Vend Cat#:  10043900380749 | PO LN 2 | | | | | | | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/25/2023  From: Atlanta  Via: PRIVATE FLEET - ATL - ATLANTA  Broker Lic: PHWH004554 | | | | | | | | |
| 988343 | Vendor:  MGM16 | SYRINGE, PISTON FLAT TOP W/EN | ▮ | EA | ▮ | ▮ | 50.00 | .00 | |
| | Vend Cat#:  911 | PO LN 3 | | | | | | | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/25/2023  From: Atlanta  Via: PRIVATE FLEET - ATL - ATLANTA  Broker Lic: PHWH004554 | | | | | | | | |
| 1029294 | Vendor:  VESMED | SYRINGE, FEEDING W/ENFIT TIP 5 | ▮ | EA | ▮ | ▮ | 26.00 | .00 | |
| | Vend Cat#:  VED-605 | PO LN 4 | | | | | | | |
| | Tracking # ▮ | | | | | | | | |

**Invoice**

RCHE1DPD01

**McKESSON**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

STM-MAR-BULK

1800 SANDY PLAINS RD STE 224
MARIETTA GA  30066-6554

| Account Number | 20016595 | | |
|---|---|---|---|
| Document Number | 19854729 | Date | 07/25/2023 |
| Terms | | AR | NET 90 DAYS |
| Pay This Amount Before | 10/23/2023 | | $2,383.61 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
MCKESSON MEDICAL-SURGICAL MN SUPPLY INC
P. O. BOX 630693
CINCINNATI  OH 45263-0693

**MCKESSON**

**Invoice**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Page 2 of 3**

RCHE1DPD01

Bill To:   20016595
STM-MAR-BULK
1800 SANDY PLAINS RD STE 224
PARKWAY
MARIETTA GA  30066-6554

Shipped To:
STM-MAR-BULK THRIVE
STE 224
1800 SANDY PLAINS INDUSTRIAL PKWY
MARIETTA GA  30066-6363
Ordered By: ▇▇▇▇▇
REGULATORY LICENSE:  PHDME000132

| Invoice Number 19854729 | PO Number 390393 | Invoice Date | 07/25/2023 |
|---|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | | Shipped: 07/25/2023   From: Atlanta   Via: PRIVATE FLEET - ATL - ATLANTA   Broker Lic: PHWH004554 | | | | | | | |
| 1017691 | Vendor: AVANOS  Vend Cat#: 0141-12 | EXT SET, FEEDING MIC-KEY W/ENF  PO LN 6 | ▇ | EA | ▇ | ▇ | 265.50 | .00 | |
| | Tracking # | ▇▇▇ | | | | | | | |
| | | Shipped: 07/25/2023   From: Atlanta   Via: PRIVATE FLEET - ATL - ATLANTA   Broker Lic: PHWH004554 | | | | | | | |
| 262289 | Vendor: SUNMED  Vend Cat#: 1615-7-50 | CANNULA, NASAL 7' INF (50/CS)  PO LN 8 | ▇ | EA | ▇ | ▇ | 122.50 | .00 | |
| | Tracking # | | | | | | | | |
| | | Shipped: 07/25/2023   From: Atlanta   Via: PRIVATE FLEET - ATL - ATLANTA   Broker Lic: PHWH004554 | | | | | | | |
| 649119 | Vendor: MGM16  Vend Cat#: 16-66202 | SUCTION, YANKAUER RIGID BULB T  PO LN 9 | ▇ | EA | ▇ | ▇ | 21.50 | .00 | |
| | Tracking # | | | | | | | | |
| | | Shipped: 07/25/2023   From: Atlanta   Via: PRIVATE FLEET - ATL - ATLANTA   Broker Lic: PHWH004554 | | | | | | | |
| 649118 | Vendor: MGM16  Vend Cat#: 16-66201 | SUCTION, YANKAUER RIGID BULB T  PO LN 10 | ▇ | EA | ▇ | ▇ | 34.00 | .00 | |
| | Tracking # | | | | | | | | |
| | | Shipped: 07/25/2023   From: Atlanta   Via: PRIVATE FLEET - ATL - ATLANTA   Broker Lic: PHWH004554 | | | | | | | |
| 1205231 | Vendor: SSETHC  Vend Cat#: VC1114 | CIRCUIT, BREATHABLE VENTILATOR  PO LN 11 | ▇ | EA | ▇ | ▇ | 254.80 | .00 | |
| | Tracking # | | | | | | | | |
| | | Shipped: 07/25/2023   From: Atlanta   Via: PRIVATE FLEET - ATL - ATLANTA   Broker Lic: PHWH004554 | | | | | | | |
| 1169664 | Vendor: ZEVEX  Vend Cat#: INF0500-E | BAG SET, INFINITY ENTERAL W/EN  PO LN 12 | ▇ | EA | ▇ | ▇ | 437.40 | .00 | |
| | Tracking # | | | | | | | | |
| | | Shipped: 07/25/2023   From: Atlanta   Via: PRIVATE FLEET - ATL - ATLANTA   Broker Lic: PHWH004554 | | | | | | | |
| 251284 | Vendor: VYARMD  Vend Cat#: 4897T | CATH KIT, SCTN W/2GLV 8FR  PO LN 13 | ▇ | EA | ▇ | ▇ | 59.00 | .00 | |
| | Tracking # | ▇▇▇ | | | | | | | |
| | | Shipped: 07/25/2023   From: Atlanta   Via: PRIVATE FLEET - ATL - ATLANTA   Broker Lic: PHWH004554 | | | | | | | |
| 1065848 | Vendor: SSETHC  Vend Cat#: RES027 | EXCHANGER, HEAT & MOISTURE SUN  PO LN 14 | ▇ | EA | ▇ | ▇ | 66.40 | .00 | |

# McKESSON

**Invoice**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Page 3 of 3**

RCHE1DPD01

Bill To:   20016595
STM-MAR-BULK
1800 SANDY PLAINS RD STE 224
PARKWAY
MARIETTA GA  30066-6554

Shipped To:
STM-MAR-BULK THRIVE
STE 224
1800 SANDY PLAINS INDUSTRIAL PKWY
MARIETTA GA  30066-6363
Ordered By: ▮▮▮▮▮▮
REGULATORY LICENSE:  PHDME000132

| Invoice Number  19854729 | PO Number 390393 | Invoice Date | 07/25/2023 |
|---|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | Tracking # ▮▮▮▮▮▮ | | | | | | | | |
| | Shipped: 07/25/2023  From: Atlanta  Via: PRIVATE FLEET - ATL - ATLANTA  Broker Lic: PHWH004554 | | | | | | | | |
| 406849 | Vendor:  CARICO Vend Cat#:  7176 | UNDERPAD, INCONT LT ABSRB 23"X PO LN 15 | ▮ | BG | ▮ | ▮ | 6.80 | .00 | |
| | Tracking # ▮▮▮▮▮▮ | | | | | | | | |
| | Shipped: 07/25/2023  From: Atlanta  Via: PRIVATE FLEET - ATL - ATLANTA  Broker Lic: PHWH004554 | | | | | | | | |
| 401591 | Vendor:  CARDCV Vend Cat#:  8047- | SPONGE, GAUZE CURITY STR 4"X4" PO LN 16 | ▮ | PK | ▮ | ▮ | 3.12 | .00 | |
| | Tracking # ▮▮▮▮▮▮ | | | | | | | | |
| | Shipped: 07/25/2023  From: Atlanta  Via: PRIVATE FLEET - ATL - ATLANTA  Broker Lic: PHWH004554 | | | | | | | | |
| 407376 | Vendor:  DALEMD Vend Cat#:  242 | TRACH HOLDER, NEONATE 9" (10/B PO LN 17 | ▮ | EA | ▮ | ▮ | 26.70 | .00 | |
| | Tracking # ▮▮▮▮▮▮ | | | | | | | | |
| | Shipped: 07/25/2023  From: Atlanta  Via: PRIVATE FLEET - ATL - ATLANTA  Broker Lic: PHWH004554 | | | | | | | | |
| 445894 | Vendor:  FIRSTQ Vend Cat#:  PV-511 | BRIEF, PULLUP PREVAIL YTH (22/ PO LN 18 | ▮ | PK | ▮ | ▮ | 94.80 | .00 | |
| | Tracking # ▮▮▮▮▮▮ | | | | | | | | |
| | Shipped: 07/25/2023  From: Atlanta  Via: PRIVATE FLEET - ATL - ATLANTA  Broker Lic: PHWH004554 | | | | | | | | |
| 960259 | Vendor:  CARDCV Vend Cat#:  762055 | PUMP SET, JOEY 500ML (30/CS) PO LN 19 | ▮ | EA | ▮ | ▮ | 615.60 | .00 | |
| | Tracking # ▮▮▮▮▮▮ | | | | | | | | |
| | Shipped: 07/25/2023  From: Atlanta  Via: PRIVATE FLEET - ATL - ATLANTA  Broker Lic: PHWH004554 | | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $2,383.61 | $0.00 | $0.00 | $2,383.61 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.

PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:    20016595

**Invoice**

**Page 1 of 1**                                         RCHE1DPD01

Shipped From:
MCKESSON MEDICAL-SURGICAL INC
1005 SATELLITE BLVD.
SUWANEE, GA 30024
SHIPPED FROM LICENSE: PHWH001594

STM-MAR-BULK
1800 SANDY PLAINS RD STE 224
PARKWAY
MARIETTA GA  30066-6554

Shipped To:
STM-MAR-BULK THRIVE
STE 224
1800 SANDY PLAINS INDUSTRIAL PKWY
MARIETTA GA  30066-6363
Ordered By:
REGULATORY LICENSE:  PHDME000132

TIN:
DUNS:

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:              1-888-822-8111

| | | | |
|---|---|---|---|
| Sales Order Number | 672429 | Invoice Number | 20021012 |
| Sales Order Date | 07/27/2023 | Invoice Date | 07/28/2023 |
| PO Number | 390608 | Payment Due Date | 10/26/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $158.80 |

Notes:    By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

## Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1082790 | Vendor:   SSETHC | FILTER, INTAKE EVERFLO LONG LI | ▉ | EA | ▉ | ▉ | 138.90 | .00 | |
| | Vend Cat#:   BF1001 | PO LN 1 | | | | | | | |
| | Tracking # | ▉ | | | | | | | |
| | Shipped: 07/28/2023   From: Atlanta   Via: UPS GROUND   Broker Lic: PHWH004554 | | | | | | | | |

| | HANDLING | COLD CHAIN | | HAZMAT | | BULK | STD/EXP FRT |
|---|---|---|---|---|---|---|---|
| | $0.00 | $0.00 | | $0.00 | | $0.00 | $19.90 |
| | **SUB TOTAL** | **FREIGHT** | | **TAX** | | | **AMOUNT** |
| | **$138.90** | **$19.90** | | **$0.00** | | | **$158.80** |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.

PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

**Invoice**

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

STM-MAR-BULK

1800 SANDY PLAINS RD STE 224
MARIETTA GA  30066-6554

| | | | |
|---|---|---|---|
| Account Number | 20016595 | | |
| Document Number | 20021012 | Date | 07/28/2023 |
| Terms | | AR | NET 90 DAYS |
| Pay This Amount Before | 10/26/2023 | | $158.80 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

Please Remit To:
MCKESSON MEDICAL-SURGICAL MN SUPPLY INC
P. O. BOX 630693
CINCINNATI  OH 45263-0693

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:    20035263

**Invoice**

**Page 1 of 2**

Shipped From:                                    RCHE1DPD01

MCKESSON MEDICAL-SURGICAL INC
1005 SATELLITE BLVD.
SUWANEE,GA 30024
SHIPPED FROM LICENSE: PHWH001594

SOFT TOUCH MEDICAL
1800 SANDY PLAINS RD
PKWY - STE 224
MARIETTA GA  30066-6554



Shipped To:

Ordered By:
REGULATORY LICENSE: *#*#*#*#*#

TIN:
DUNS:

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:              1-888-822-8111

| Sales Order Number | 709953 | Invoice Number | 20070395 |
|---|---|---|---|
| Sales Order Date | 07/27/2023 | Invoice Date | 07/28/2023 |
| PO Number | 390651 | Payment Due Date | 10/26/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $581.74 |

Notes:    By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 516680 | Vendor: CARDCV | SPONGE, IV 2"X2" STR (2/PK 35P | | BX | | | 1.20 | .00 | |
| | Vend Cat#:    441408 | PO LN 1 | | | | | | | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/28/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |
| 588393 | Vendor: AMSINO | SYRINGE, CATH TIP FLAT TOP LF | | EA | | | 1.45 | .00 | |
| | Vend Cat#:    AS116 | PO LN 2 | | | | | | | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/28/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |
| 1184935 | Vendor: KATFAR | SUPPLEMENT, PEPTIDE 1.0CAL PLA | | EA | | | 291.49 | .00 | |
| | Vend Cat#:    811112030492 | PO LN 3 | | | | | | | |
| | Tracking # | | | | | | | | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/28/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |
| 401364 | Vendor: AVANOS | GASTROSTOMY KIT, MIC-KEY 14FR | | EA | | | 102.33 | .00 | |
| | Vend Cat#:    0120-14-2.7 | PO LN 4 | | | | | | | |

**Invoice**

# McKESSON

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

SOFT TOUCH MEDICAL

1800 SANDY PLAINS RD
MARIETTA GA  30066-6554

| Account Number | 20035263 | | |
|---|---|---|---|
| Document Number | 20070395 | Date | 07/28/2023 |
| | **Terms** | AR | NET 90 DAYS |
| **Pay This Amount Before** | 10/26/2023 | | $581.74 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

**Please Remit To:**

MCKESSON MEDICAL-SURGICAL MN SUPPLY INC
P. O. BOX 630693
CINCINNATI  OH 45263-0693

**McKESSON**

**Invoice**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Page 2 of 2**

RCHE1DPD01

Bill To:   20035263
SOFT TOUCH MEDICAL
1800 SANDY PLAINS RD
PKWY - STE 224
MARIETTA GA  30066-6554

Shipped To:



Ordered By:
REGULATORY LICENSE:  *#*#*#*#*#*#

| Invoice Number  20070395 | PO Number 390651 | | Invoice Date   07/28/2023 |
|---|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | Tracking # | | | | | | | | |
| | Shipped: 07/28/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |
| 730857 | Vendor:  APLDMD Vend Cat#:   8-1255 | EXT SET, RT ANGL CONN 12" W/Y PO LN 5 | ▮ | EA | ▮ | ▮ | 55.36 | .00 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/28/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |
| 960222 | Vendor:  CARDCV Vend Cat#:   763656 | PUMP SET, JOEY 1000ML N/S (30/ PO LN 6 | ▮ | EA | ▮ | ▮ | 74.70 | .00 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/28/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |

| HANDLING | COLD CHAIN | HAZMAT | | BULK | STD/EXP FRT |
|---|---|---|---|---|---|
| $55.21 | $0.00 | $0.00 | | $0.00 | $0.00 |
| SUB TOTAL | FREIGHT | | TAX | | AMOUNT |
| $526.53 | $55.21 | | $0.00 | | $581.74 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:   20035263

**Invoice**

**Page 1 of 2**                         RCHE1DPD01

Shipped From:

MCKESSON MEDICAL-SURGICAL INC
1005 SATELLITE BLVD.
SUWANEE,GA 30024
SHIPPED FROM LICENSE: PHWH001594

SOFT TOUCH MEDICAL
1800 SANDY PLAINS RD
PKWY - STE 224
MARIETTA GA  30066-6554

Shipped To: ▮

Ordered By: ▮
REGULATORY LICENSE: *#*#*#*#*#

| | |
|---|---|
| TIN: ▮ | Payment / Account Balance Inquires: 1-800-453-5180 |
| DUNS: ▮ | Customer Service:                          1-888-822-8111 |

| | | | |
|---|---|---|---|
| Sales Order Number | **735826** | Invoice Number | **20070419** |
| Sales Order Date | **07/28/2023** | Invoice Date | **07/28/2023** |
| PO Number | **390680** | Payment Due Date | **10/26/2023** |
| Sales Rep Name | **BAYS, CARRIE** | Invoice Amount | **$219.07** |

Notes:    By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 960259 | Vendor: CARDCV  Vend Cat#: 762055 | PUMP SET, JOEY 500ML (30/CS)  PO LN 1 | ▮ | EA | ▮ | ▮ | 68.40 | .00 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/28/2023   From: Atlanta   Via: UPS GROUND   Broker Lic: PHWH004554 | | | | | | | | |
| 1019960 | Vendor: AVANOS  Vend Cat#: 8140-16-2.0 | TUBE, FEED GASTRO MIC-KEY G W/  PO LN 2 | ▮ | EA | ▮ | ▮ | 102.33 | .00 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/28/2023   From: Atlanta   Via: UPS GROUND   Broker Lic: PHWH004554 | | | | | | | | |
| 1017691 | Vendor: AVANOS  Vend Cat#: 0141-12 | EXT SET, FEEDING MIC-KEY W/ENF  PO LN 3 | ▮ | EA | ▮ | ▮ | 35.40 | .00 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/28/2023   From: Atlanta   Via: UPS GROUND   Broker Lic: PHWH004554 | | | | | | | | |
| 988343 | Vendor: MGM16  Vend Cat#: 911 | SYRINGE, PISTON FLAT TOP W/EN  PO LN 4 | ▮ | EA | ▮ | ▮ | 2.50 | .00 | |
| | Tracking # | | | | | | | | |

**Invoice**

# McKESSON                                    RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

SOFT TOUCH MEDICAL

1800 SANDY PLAINS RD
MARIETTA GA  30066-6554

| | | | |
|---|---|---|---|
| **Account Number** | **20035263** | | |
| **Document Number** | **20070419** | **Date** | **07/28/2023** |
| **Terms** | | **AR** | **NET 90 DAYS** |
| **Pay This Amount Before** | **10/26/2023** | | **$219.07** |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
   MCKESSON MEDICAL-SURGICAL MN SUPPLY INC
   P. O. BOX 630693
   CINCINNATI  OH 45263-0693

**McKESSON**

**Invoice**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Page 2 of 2**

RCHE1DPD01

Bill To:      20035263
SOFT TOUCH MEDICAL
1800 SANDY PLAINS RD
PKWY - STE 224
MARIETTA GA  30066-6554

Shipped To:

Ordered By:
REGULATORY LICENSE: *#*#*#*#*#*#

| Invoice Number  20070419 | PO Number 390680 | Invoice Date | 07/28/2023 |
|---|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | Shipped: 07/28/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |
| 1029294 | Vendor:  VESMED   Vend Cat#:  VED-605 | SYRINGE, FEEDING W/ENFIT TIP  PO LN 5 | 5 | EA | | 1.30 | | .00 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/28/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |
| 1213398 | Vendor:  CARDCV   Vend Cat#:  F00071ED | CONNECTOR, ENFIT TRANSITION W/  PO LN 6 | | EA | | 2.35 | | .00 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/28/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |

| HANDLING | COLD CHAIN | HAZMAT | BULK | STD/EXP FRT |
|---|---|---|---|---|
| $6.79 | $0.00 | $0.00 | $0.00 | $0.00 |

| SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|
| $212.28 | $6.79 | $0.00 | $219.07 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

**Invoice**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:    20137044

**Page 1 of 4**

RCHE1DPD01

Shipped From:

MCKESSON MEDICAL-SURGICAL INC
4027 MARTINSBURG PIKE
CLEAR BROOK,VA 22624
SHIPPED FROM LICENSE: 0215000405

THE PEDIATRIC CON
1300 SEMMES AVE
NECTION
RICHMOND VA  23224-2162



Shipped To:

Ordered By:
REGULATORY LICENSE: *#*#*#*#*#

TIN:
DUNS:

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:               1-888-822-8111

| | | | |
|---|---|---|---|
| Sales Order Number | 595059 | Invoice Number | 19945804 |
| Sales Order Date | 07/26/2023 | Invoice Date | 07/26/2023 |
| PO Number | 390556 | Payment Due Date | 10/24/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $1,114.64 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full
the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's
acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 161364 | Vendor:  CARDCV Vend Cat#:  8888504001 | SUCTION, YANKAUER FINE TIP STR PO LN 1 | ■ | EA | ■ | ■ | 5.12 | .27 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester   Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 649122 | Vendor:  MGM16 Vend Cat#:  16-66301 | TUBING, CONN STR 3/16"X6' (50/ PO LN 2 | ■ | EA | ■ | ■ | 3.08 | .16 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester   Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 1082829 | Vendor:  SSETHC Vend Cat#:  RES026S-E | SUCTION KIT, TUBING W/CANISTER PO LN 3 | ■ | EA | ■ | ■ | 24.00 | 1.27 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester   Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 268482 | Vendor:  AVANOS Vend Cat#:  0121-12 | EXT SET, SECUR-LOK W/FEEDING T PO LN 4 | ■ | EA | ■ | ■ | 51.12 | 2.71 | |
| | Tracking # | 1ZA954Y60306315305 | | | | | | | |

**Invoice**

RCHE1DPD01

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

THE PEDIATRIC CON
1300 SEMMES AVE
RICHMOND VA  23224-2162

| | | | |
|---|---|---|---|
| **Account Number** | 20137044 | | |
| **Document Number** | 19945804 | **Date** | **07/26/2023** |
| | **Terms** | **AR** | **NET 90 DAYS** |
| **Pay This Amount Before** | **10/24/2023** | | **$1,114.64** |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

**Please Remit To:**
MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

# McKESSON

**Invoice**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Page 2 of 4**

RCHE1DPD01

Bill To:   20137044
THE PEDIATRIC CON
1300 SEMMES AVE
NECTION
RICHMOND VA  23224-2162

Shipped To:
▬▬▬▬▬▬▬   ▬▬▬▬▬▬▬

Ordered By: ▬▬▬▬▬
REGULATORY LICENSE: *#*#*#*#*#

| Invoice Number 19945804 | PO Number 390556 | Invoice Date 07/26/2023 |
|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 409744 | Vendor: MGM14<br>Vend Cat#:  14-818 | GLOVE, EXAM VNYLSTRCH LG N/S (<br>PO LN 6 | ▬ | BX | ▬ | ▬ | 15.34 | .81 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 864692 | Vendor: MGM16<br>Vend Cat#:  4833 | ORAL FOAM SWABSTICK, W/DENTIFR<br>PO LN 7 | ▬ | EA | ▬ | ▬ | 3.30 | .17 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 445889 | Vendor: BD<br>Vend Cat#:  309620 | SYRINGE, GENERAL PURPOSE LL W/<br>PO LN 8 | ▬ | EA | ▬ | ▬ | 2.54 | .13 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 883872 | Vendor: MGM173<br>Vend Cat#:  32647 | TUBING, OXYGEN CRUSH RES 7'<br>PO LN 9 | ▬ | EA | ▬ | ▬ | .80 | .04 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 130411 | Vendor: MEDLNE<br>Vend Cat#:  HUD1119 | TUBING, OXYGEN SUPPLY STAR LUM<br>PO LN 10 | ▬ | EA | ▬ | ▬ | 1.36 | .07 | |
| | Tracking #                              1 | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 185566 | Vendor: AVANOS<br>Vend Cat#:  20-4100 | VALVE, FARREL (30/CS)<br>PO LN 11 | ▬ | EA | ▬ | ▬ | 36.65 | 1.94 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 1031801 | Vendor: MGM16<br>Vend Cat#:  16-S10C | SYRINGE, LL 10CC (100/BX 12BX/<br>PO LN 12 | ▬ | EA | ▬ | ▬ | 2.40 | .13 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 482415 | Vendor: MGM16<br>Vend Cat#:  16-42046 | SPONGE, SPLIT HI-ABSRB 4"X4" 6<br>PO LN 13 | ▬ | BX | ▬ | ▬ | 8.50 | .45 | |

# MCKESSON

**McKesson Medical-Surgical
Minnesota Supply Inc.**
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Invoice**

**Page 3 of 4**

RCHE1DPD01

Bill To:     20137044
THE PEDIATRIC CON
1300 SEMMES AVE
NECTION
RICHMOND VA  23224-2162

Shipped To:

Ordered By:
REGULATORY LICENSE: *#*#*#*#*#

| Invoice Number 19945804 | PO Number 390556 | Invoice Date | 07/26/2023 |
|---|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 482415 | Vendor: MGM16   Vend Cat#:   16-42046 | SPONGE, SPLIT HI-ABSRB 4"X4" 6   PO LN 14 | | BX | | | 8.50 | .45 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 414634 | Vendor: CARDCV   Vend Cat#:  1183500888 | SYRINGE, CATH TIP 35CC (40/BX   PO LN 15 | | EA | | | .46 | .02 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 1169664 | Vendor: ZEVEX   Vend Cat#:   INF0500-E | BAG SET, INFINITY ENTERAL W/EN   PO LN 16 | | EA | | | 75.33 | 3.99 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 911718 | Vendor: MGM173   Vend Cat#:   32630 | HUMIDIFIER, DRY DISP LF (50/CS   PO LN 17 | | EA | | | 1.87 | .10 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 188670 | Vendor: MGM16   Vend Cat#:   16-9505 | CUP, MED GRAD W/LIP 1OZ (100/S   PO LN 18 | | SL | | | 1.03 | .05 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 666812 | Vendor: PARI   Vend Cat#:   044F7252 | MASK, AEROSOL ADLT   PO LN 19 | | EA | | | 1.58 | .08 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 1027004 | Vendor: WATER   Vend Cat#:  0-52241-78001 | WATER, DISTILLED GL (3GL/CS)   PO LN 20 | | CS | | | 19.44 | 1.03 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 1200105 | Vendor: MASIMO   Vend Cat#:   2308 | TAPE, SENSOR REPLCMNT F/OXIMET   PO LN 21 | | ST | | | 4.16 | .22 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 516680 | Vendor: CARDCV   Vend Cat#:   441408 | SPONGE, IV 2"X2" STR (2/PK 35P   PO LN 22 | | BX | | | 2.40 | .13 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 363302 | Vendor: AVANOS   Vend Cat#:  0120-20-4.5 | GASTROSTOMY KIT, MIC-KEY 20FR   PO LN 23 | | EA | | | 102.33 | 5.42 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 772506 | Vendor: MASIMO   Vend Cat#:   2329 | SENSOR, OXIMETER NEO/ADLT (20/   PO LN 24 | | EA | | | 61.02 | 3.23 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 106318 | Vendor: CARDCV   Vend Cat#:   37424 | CATHETER KIT, SCTN STR 14FR (5   PO LN 25 | | EA | | | 17.40 | .92 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 448326 | Vendor: SUNMED   Vend Cat#:   8924-7-50 | NEBULIZER KIT, W/FACE MASK (50   PO LN 26 | | EA | | | 6.16 | .33 | |
| | Tracking # | | | | | | | | |

**McKESSON**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Invoice**

**Page 4 of 4**                RCHE1DPD01

Bill To:    20137044
THE PEDIATRIC CON
1300 SEMMES AVE
NECTION
RICHMOND VA  23224-2162

Shipped To:
▮▮▮▮▮▮▮▮

Ordered By: ▮▮▮▮▮▮
REGULATORY LICENSE: *#*#*#*#*#

| Invoice Number 19945804 | PO Number 390556 | Invoice Date 07/26/2023 |
|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 262284 | Vendor: SUNMED  Vend Cat#: 1600-7-50  Tracking # ▮▮▮▮▮▮ | CANNULA NASAL W/7' TUBE ADLT  PO LN 27 | ▮ | EA | ▮ | ▮ | 2.36 | .13 | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 1213398 | Vendor: CARDCV  Vend Cat#: F00071ED  Tracking # ▮▮▮▮▮▮ | CONNECTOR, ENFIT TRANSITION W/  PO LN 28 | ▮ | EA | ▮ | ▮ | 2.35 | .12 | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 264639 | Vendor: VYARMD  Vend Cat#: 001851  Tracking # ▮▮▮▮▮▮ | FILTER, BACTERIA (50/CS)  PO LN 29 | ▮ | EA | ▮ | ▮ | 3.56 | .19 | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 243790 | Vendor: VYARMD  Vend Cat#: 3222  Tracking # ▮▮▮▮▮▮ | CONNECTOR OMNI-FLEX PATIENT (5  PO LN 30 | ▮ | EA | ▮ | ▮ | 3.12 | .17 | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 322893 | Vendor: FSHPAY  Vend Cat#: MR290V  Tracking # ▮▮▮▮▮▮ | CHAMBER, HUMIDIFIER AUTOFEED (  PO LN 31 | ▮ | EA | ▮ | ▮ | 32.80 | 1.74 | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 278468 | Vendor: VYARMD  Vend Cat#: 002061  Tracking # ▮▮▮▮▮▮ | ADAPTER, VALVED T 22MM ID/OD (  PO LN 32 | ▮ | EA | ▮ | ▮ | 6.88 | .36 | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 56743 | Vendor: CARDCV  Vend Cat#: 47800  Tracking # ▮▮▮▮▮▮ | TRACH CARE KIT, STD STR (20/CS  PO LN 33 | ▮ | EA | ▮ | ▮ | 5.20 | .28 | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 197968 | Vendor: DALEMD  Vend Cat#: 240  Tracking # ▮▮▮▮▮▮ | HOLDER, TRACH ADLT (10/BX)  PO LN 34 | ▮ | EA | ▮ | ▮ | 83.40 | 4.42 | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 1218756 | Vendor: KENRSP  Vend Cat#: 8IC85  Tracking # 1ZA954Y60306318400 | CANNULA, INNER DISP 8.5MM (10/  PO LN 35 | ▮ | EA | ▮ | ▮ | 240.56 | 12.75 | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 281819 | Vendor: AVANOS  Vend Cat#: 220135  Tracking # 1ZA954Y60306314511 | SUCTION SYSTEM, CLOSED CATHETE  PO LN 36 | ▮ | EA | ▮ | ▮ | 216.00 | 11.45 | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |

| HANDLING | COLD CHAIN | HAZMAT | BULK | STD/EXP FRT | TAX STATE | COUNTY | CITY | DISTRICT | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| $6.79 | $0.00 | $0.00 | $0.00 | $0.00 | $45.23 | $10.50 | $0.00 | $0.00 | $0.00 |

| SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|
| $1,052.12 | $6.79 | $55.73 | $1,114.64 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.

PRICING IS CONFIDENTIAL AND PROPRIETARY.

# MCKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:    20137044

THE PEDIATRIC CON
1300 SEMMES AVE
NECTION
RICHMOND VA  23224-2162

**Invoice**

**Page 1 of 1**                          RCHE1DPD01

Shipped From:

MCKESSON MEDICAL-SURGICAL INC
4027 MARTINSBURG PIKE
CLEAR BROOK, VA 22624
SHIPPED FROM LICENSE: 0215000405

Shipped To:



Ordered By:
REGULATORY LICENSE: *#*#*#*#*#

TIN:
DUNS:

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:            1-888-822-8111

| Sales Order Number | 631143 | Invoice Number | 19972730 |
|---|---|---|---|
| Sales Order Date | 07/27/2023 | Invoice Date | 07/27/2023 |
| PO Number | 390581 | Payment Due Date | 10/25/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $11.11 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 121652 | Vendor: 3M | DRESSING, TEGADERM PIC FRAME W | ▮ | EA | ▮ | ▮ | 4.10 | .22 | |
| | Vend Cat#:  1626W | PO LN 1 | | | | | | | |
| | Tracking # | ▮ | | | | | | | |

Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433

| HANDLING | COLD CHAIN | HAZMAT | BULK | STD/EXP FRT | TAX STATE | COUNTY | CITY | DISTRICT | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| $6.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.18 | $0.04 | $0.00 | $0.00 | $0.00 |
| | | | | SUB TOTAL | | FREIGHT | | TAX | AMOUNT |
| | | | | $4.10 | | $6.79 | | $0.22 | $11.11 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.

PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

# MCKESSON

**Invoice**

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

| Account Number | 20137044 | | |
|---|---|---|---|
| Document Number | 19972730 | Date | 07/27/2023 |
| Terms | | AR | NET 90 DAYS |
| Pay This Amount Before | 10/25/2023 | | $11.11 |

THE PEDIATRIC CON

1300 SEMMES AVE
RICHMOND VA  23224-2162

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

Please Remit To:

MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:   20137044

**Invoice**

**Page 1 of 3**

RCHE1DPD01

Shipped From:

MCKESSON MEDICAL-SURGICAL INC
4027 MARTINSBURG PIKE
CLEAR BROOK,VA 22624
SHIPPED FROM LICENSE: 0215000405

THE PEDIATRIC CON
1300 SEMMES AVE
NECTION
RICHMOND VA  23224-2162

Shipped To:

Ordered By:
REGULATORY LICENSE: *#*#*#*#*#

| | |
|---|---|
| TIN: ▇ | Payment / Account Balance Inquires: 1-800-453-5180 |
| DUNS: ▇ | Customer Service:          1-888-822-8111 |

| | | | |
|---|---|---|---|
| Sales Order Number | 687112 | Invoice Number | 20140722 |
| Sales Order Date | 07/27/2023 | Invoice Date | 07/30/2023 |
| PO Number | 390623 | Payment Due Date | 10/28/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $236.82 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 448326 | Vendor:  SUNMED | NEBULIZER KIT, W/FACE MASK (50 | ▇ | EA | ▇ | ▇ | 6.16 | .33 | |
| | Vend Cat#:  8924-7-50 | PO LN 1 | | | | | | | |
| | Tracking #          ▇ | | | | | | | | |
| Shipped: 07/31/2023  From: Winchester  Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | | |
| 161333 | Vendor:  CARDCV | SUCTION, YANKAUER REG TIP | ▇ | EA | ▇ | ▇ | 3.00 | .16 | |
| | Vend Cat#:  8888501007 | PO LN 2 | | | | | | | |
| | Tracking #          ▇ | | | | | | | | |
| Shipped: 07/31/2023  From: Winchester  Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | | |
| 649122 | Vendor:  MGM16 | TUBING, CONN STR 3/16"X6' (50/ | ▇ | EA | ▇ | ▇ | 3.08 | .16 | |
| | Vend Cat#:  16-66301 | PO LN 3 | | | | | | | |
| | Tracking #          ▇ | | | | | | | | |
| Shipped: 07/31/2023  From: Winchester  Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | | |
| 588393 | Vendor:  AMSINO | SYRINGE, CATH TIP FLAT TOP LF | ▇ | EA | ▇ | ▇ | 1.16 | .06 | |
| | Vend Cat#:  AS116 | PO LN 5 | | | | | | | |
| | Tracking #          ▇ | | | | | | | | |

## McKESSON

**Invoice**

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

THE PEDIATRIC CON
1300 SEMMES AVE
RICHMOND VA  23224-2162

| | | | |
|---|---|---|---|
| **Account Number** | 20137044 | | |
| **Document Number** | 20140722 | **Date** | 07/30/2023 |
| **Terms** | | **AR** | **NET 90 DAYS** |
| **Pay This Amount Before** | 10/28/2023 | | $236.82 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

**Please Remit To:**
  MCKESSON MEDICAL - SURGICAL
  PO BOX 204786
  DALLAS  TX 75320-4786

**MCKESSON** 

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Page 2 of 3**

RCHE1DPD01

Bill To: 20137044
THE PEDIATRIC CON
1300 SEMMES AVE
NECTION
RICHMOND VA 23224-2162

Shipped To:

REGULATORY LICENSE: *#*#*#*#*#

| Invoice Number 20140722 | PO Number 390623 | | Invoice Date 07/30/2023 |
|---|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | Shipped: 07/31/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 1044617 | Vendor: BD  Vend Cat#: 303134 | SYRINGE, SLIP TIP DISP STR 10M  PO LN 6 | ■ | EA | ■ | ■ | 2.70 | .14 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/31/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 268482 | Vendor: AVANOS  Vend Cat#: 0121-12 | EXT SET, SECUR-LOK W/FEEDING T  PO LN 7 | ■ | EA | ■ | ■ | 42.60 | 2.26 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/31/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 409743 | Vendor: MGM14  Vend Cat#: 14-816 | GLOVE, EXAM VNYLSTRCH MED N/S  PO LN 8 | ■ | BX | ■ | ■ | 17.16 | .91 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/31/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 516680 | Vendor: CARDCV  Vend Cat#: 441408 | SPONGE, IV 2"X2" STR (2/PK 35P  PO LN 10 | ■ | BX | ■ | ■ | 1.20 | .06 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/31/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 316665 | Vendor: AVANOS  Vend Cat#: 0120-16-2.0 | GASTROSTOMY KIT, MIC-KEY 16FR  PO LN 11 | ■ | EA | ■ | ■ | 102.33 | 5.42 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/31/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 677960 | Vendor: NATLNT  Vend Cat#: 11432 | PROSOURCE, LIQ 30OZ (4/CS) EC  PO LN 13 | ■ | EA | ■ | ■ | 45.52 | 2.41 | |
| | Tracking #                                                      0 | | | | | | | | |
| | Shipped: 07/31/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |

| | TAX STATE $9.66 | COUNTY $2.25 | CITY $0.00 | DISTRICT $0.00 | OTHER $0.00 |
|---|---|---|---|---|---|

**McKESSON**

**Invoice**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Page 3 of 3**

RCHE1DPD01

Bill To:    20137044
THE PEDIATRIC CON
1300 SEMMES AVE
NECTION
RICHMOND VA  23224-2162

Shipped To:

Ordered By:
REGULATORY LICENSE:  *#*#*#*#*#

| Invoice Number  20140722 | PO Number 390623 | Invoice Date    07/30/2023 |
|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | | | **SUB TOTAL** | | **FREIGHT** | | **TAX** | | **AMOUNT** |
| | | | **$224.91** | | **$0.00** | | **$11.91** | | **$236.82** |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:      20141568

**Invoice**

**Page 1 of 1**

Shipped From:                                    RCHE1DPD01
MCKESSON MEDICAL-SURGICAL INC
1005 SATELLITE BLVD.
SUWANEE, GA 30024
SHIPPED FROM LICENSE: PHWH001594

SOFT TOUCH MEDICAL
1800 SANDY PLAINS RD STE 224
POOLER  PWY
MARIETTA GA  30066-6554

Shipped To:
THRIVE SKILLED PEDIATRIC CARE
UNIT 404
1018 HWY 80 W
POOLER GA  31322
Ordered By: ____a

TIN: ████
DUNS: ████

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:        1-888-822-8111

| Sales Order Number | 98744623 | Invoice Number | 18676006 |
|---|---|---|---|
| Sales Order Date | 07/03/2023 | Invoice Date | 07/05/2023 |
| PO Number | 388818 | Payment Due Date | 10/03/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $385.50 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1207506 | Vendor:  SSETHC  Vend Cat#:  RES026S-SS | SUCTION KIT, 800CC F/SUNSET SU  PO LN 1 | ██ | EA | ██ | ██ | 120.00 | .00 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/05/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |
| 1017691 | Vendor:  AVANOS  Vend Cat#:  0141-12 | EXT SET, FEEDING MIC-KEY W/ENF  PO LN 2 | ██ | EA | ██ | ██ | 265.50 | .00 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/05/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $385.50 | $0.00 | $0.00 | $385.50 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.

PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

**Invoice**

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

| Account Number | 20141568 | | |
|---|---|---|---|
| Document Number | 18676006 | Date | 07/05/2023 |
| Terms | | AR | NET 90 DAYS |
| Pay This Amount Before | 10/03/2023 | | $385.50 |

SOFT TOUCH MEDICAL

1800 SANDY PLAINS RD STE 224
MARIETTA GA  30066-6554

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

Please Remit To:
MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:      20141568

**Invoice**

**Page 1 of 1**

RCHE1DPD01

Shipped From:

MCKESSON MEDICAL-SURGICAL INC
1005 SATELLITE BLVD.
SUWANEE,GA 30024
SHIPPED FROM LICENSE: PHWH001594

SOFT TOUCH MEDICAL
1800 SANDY PLAINS RD STE 224
POOLER  PWY
MARIETTA GA  30066-6554

Shipped To:
THRIVE SKILLED PEDIATRIC CARE
UNIT 404
1018 HWY 80 W
POOLER GA  31322
Ordered By

TIN:
DUNS:

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:           1-888-822-8111

| Sales Order Number | 454342 | Invoice Number | 19849880 |
|---|---|---|---|
| Sales Order Date | 07/25/2023 | Invoice Date | 07/25/2023 |
| PO Number | 390401 | Payment Due Date | 10/23/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $410.40 |

Notes: By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 960259 | Vendor:  CARDCV | PUMP SET, JOEY 500ML (30/CS) | | EA | | | 410.40 | .00 | |
| | Vend Cat#:   762055 | PO LN 1 | | | | | | | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/25/2023  From: Atlanta   Via: UPS GROUND   Broker Lic: PHWH004554 | | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $410.40 | $0.00 | $0.00 | $410.40 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

**Invoice**

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

SOFT TOUCH MEDICAL

1800 SANDY PLAINS RD STE 224
MARIETTA GA  30066-6554

| Account Number | 20141568 | | |
|---|---|---|---|
| Document Number | 19849880 | Date | 07/25/2023 |
| Terms | | AR | NET 90 DAYS |
| Pay This Amount Before | 10/23/2023 | | $410.40 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
Please Remit To:
MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:    20151542

**Invoice**

**Page 1 of 1**

Shipped From:                                          RCHE1DPD01

MCKESSON MEDICAL-SURGICAL INC
4027 MARTINSBURG PIKE
CLEAR BROOK,VA 22624
SHIPPED FROM LICENSE: 0215000405

Shipped To:

PEDIATRIC CONN THRIVE
8143 STAPLES MILL RD
RICHMOND VA  23228
REGULATORY LICENSE: 0206009101

PEDIATRIC CONNECTION INC
8143 STAPLES MILL RD
RICHMOND VA  23228-2751

TIN: ▮
DUNS: ▮

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:                 1-888-822-8111

| Sales Order Number | 99337911 | Invoice Number | 19069165 |
|---|---|---|---|
| Sales Order Date | 07/11/2023 | Invoice Date | 07/11/2023 |
| PO Number | ▮ | Payment Due Date | 10/09/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $134.74 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

## Invoice Detail

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 281892 | Vendor:  GEORGP  Vend Cat#:   27385 | TOWEL, PAPER PRFM 2PLY RL KTCH  PO LN 1 | ▮ | CS | ▮ | ▮ | 74.18 | .00 | |
| | Tracking # ▮ ▮ | | | | | | | | |

Shipped: 07/11/2023  From: Winchester  Via: PRIVATE FLEET - WIN - WINCHEST  Broker Lic: 0215000433

| | HANDLING $0.00 | COLD CHAIN $0.00 | HAZMAT $0.00 | | BULK $0.00 | STD/EXP FRT $60.56 |
|---|---|---|---|---|---|---|
| | SUB TOTAL $74.18 | FREIGHT $60.56 | | TAX $0.00 | | AMOUNT $134.74 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

# McKESSON

**Invoice**

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

PEDIATRIC CONNECTION INC

8143 STAPLES MILL RD
RICHMOND VA  23228-2751

| Account Number | 20151542 | | |
|---|---|---|---|
| Document Number | 19069165 | Date | 07/11/2023 |
| Terms | | AR | NET 90 DAYS |
| Pay This Amount Before | 10/09/2023 | | $134.74 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

**Please Remit To:**
MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:     20151542

PEDIATRIC CONNECTION INC
8143 STAPLES MILL RD
RICHMOND VA  23228-2751

**Invoice**

**Page 1 of 1**                                    RCHE1DPD01

Shipped From:
MCKESSON MEDICAL-SURGICAL INC
4027 MARTINSBURG PIKE
CLEAR BROOK,VA 22624
SHIPPED FROM LICENSE: 0215000405

Shipped To:
PEDIATRIC CONN THRIVE

RICHMOND VA  23228
REGULATORY LICENSE: 0206009101

TIN:
DUNS:

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:                            1-888-822-8111

| | |
|---|---|
| Sales Order Number | 99658718 |
| Sales Order Date | 07/14/2023 |
| PO Number | |
| Sales Rep Name | BAYS, CARRIE |

| | |
|---|---|
| Invoice Number | 19291911 |
| Invoice Date | 07/14/2023 |
| Payment Due Date | 10/12/2023 |
| Invoice Amount | $89.04 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1127770 | Vendor: MGM16 | CUP, DRINKING TRANSLUCENT PP 7 | ■ | CS | ■ | ■ | 61.38 | .00 | |
| | Vend Cat#:   16-PDC7 | PO LN 1 | | | | | | | |
| | Tracking # | ■ | | | | | | | |

Shipped: 07/14/2023  From: Winchester  Via: PRIVATE FLEET - WIN - WINCHEST  Broker Lic: 0215000433

| HANDLING | COLD CHAIN | HAZMAT | BULK | STD/EXP FRT |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $27.66 |

| SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|
| $61.38 | $27.66 | $0.00 | $89.04 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.

PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

# McKESSON

**Invoice**

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

PEDIATRIC CONNECTION INC

8143 STAPLES MILL RD
RICHMOND VA  23228-2751

| | | | |
|---|---|---|---|
| **Account Number** | 20151542 | | |
| **Document Number** | 19291911 | Date | 07/14/2023 |
| **Terms** | | AR | NET 90 DAYS |
| **Pay This Amount Before** | 10/12/2023 | | $89.04 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

**Please Remit To:**
MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:    20151544

**Invoice**

**Page 1 of 1**

Shipped From:                                              RCHE1DPD01

MCKESSON MEDICAL-SURGICAL INC
4027 MARTINSBURG PIKE
CLEAR BROOK,VA 22624
SHIPPED FROM LICENSE: 0215000405

THE PEDIATRIC
1300 SEMMES AVE
CONNECTION INC STEN
RICHMOND VA  23224-2162

Shipped To:  ▮
PEDIATRIC CONN THRIVE

FREDERICKSBURG VA  22408-2062
Ordered By: ▮
REGULATORY LICENSE:  0206009693

TIN:  ▮
DUNS:  ▮

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:              1-888-822-8111

| Sales Order Number | 96693816 | Invoice Number | 17665238 |
|---|---|---|---|
| Sales Order Date | 06/06/2023 | Invoice Date | 06/20/2023 |
| PO Number | 387084 | Payment Due Date | 09/18/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $209.33 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 871645 | Vendor:  KENRSP | FILTER, INLINE F/HT70 NEWPORT | ▮ | EA | ▮ | ▮ | 194.70 | .00 | |
| | Vend Cat#:  SPHT6004701 | PO LN 1 | | | | | | | |
| | Tracking # ▮ | | | | | | | | |

Shipped: 06/21/2023  From: Winchester   Via: ACCURATE COURIER EXPRESS NORTH   Broker Lic: 0215000433

| | HANDLING | COLD CHAIN | HAZMAT | | BULK | STD/EXP FRT |
|---|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | | $0.00 | $14.63 |
| | SUB TOTAL | FREIGHT | | TAX | | AMOUNT |
| | $194.70 | $14.63 | | $0.00 | | $209.33 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.

PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

THE PEDIATRIC

1300 SEMMES AVE
RICHMOND VA  23224-2162

**Invoice**

RCHE1DPD01

| Account Number | 20151544 | | |
|---|---|---|---|
| Document Number | 17665238 | Date | 06/20/2023 |
| Terms | | AR | NET 90 DAYS |
| Pay This Amount Before | 09/18/2023 | | $209.33 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

**Please Remit To:**

MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

# MCKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:      20154795

**Invoice**

**Page 1 of 3**

RCHE1DPD01

Shipped From:

MCKESSON MEDICAL-SURGICAL INC
4027 MARTINSBURG PIKE
CLEAR BROOK,VA 22624
SHIPPED FROM LICENSE: 0215000405

THRIVE CHARLOTTESVI
199 SPOTNAP RD STE 6
CHARLOTTESVILLE VA  22911-8827

Shipped To:  ▮

THRIVE CHARLOTTESVIL
199 SPOTNAP RD STE 6
CHARLOTTESVILLE VA  22911-8827
REGULATORY LICENSE: 0101258373

TIN: ▮
DUNS: ▮

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:          1-888-822-8111

| Sales Order Number | 97655633 | Invoice Number | 17531362 |
|---|---|---|---|
| Sales Order Date | 06/19/2023 | Invoice Date | 06/19/2023 |
| PO Number | ▮ | Payment Due Date | 09/17/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $552.38 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full
the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's
acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 921611 | Vendor: MGM14 | GLOVE, EXAM NTRL MED N/S 3.8 ( | ▮ | CS | ▮ | ▮ | 240.34 | 12.74 | |
| | Vend Cat#:  14-686 | PO LN 1 | | | | | | | |
| | Tracking #  ▮ | ▮ | | | | | | | |
| | HCPCS Code: A4927 | | | | | | | | |
| | Shipped: 06/19/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 1067682 | Vendor: MGM53 | SOAP, MCKESSON ANTIB BENZETHON | ▮ | EA | ▮ | ▮ | 45.75 | 2.42 | |
| | Vend Cat#:  53-28063-8 | PO LN 2 | | | | | | | |
| | Tracking #  ▮ | | | | | | | | |
| | Shipped: 06/19/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 1162514 | Vendor: MGM53 | SANITIZER, HAND ALOE 8OZ (48/C | ▮ | EA | ▮ | ▮ | 61.25 | .00 | |
| | Vend Cat#:  53-27033-8C | PO LN 3 | | | | | | | |
| | Tracking #  ▮ | | | | | | | | |
| | HCPCS Code: A9286 | | | | | | | | |
| | Shipped: 06/19/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |

# MCKESSON

**Invoice**

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

THRIVE CHARLOTTESVI

199 SPOTNAP RD STE 6
CHARLOTTESVILLE VA  22911-8827

| Account Number | | 20154795 | | |
|---|---|---|---|---|
| Document Number | | 17531362 | Date | 06/19/2023 |
| | Terms | | AR | NET 90 DAYS |
| Pay This Amount Before | | 09/17/2023 | | $552.38 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

**Please Remit To:**
MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

**McKESSON**

**Invoice**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Page 2 of 3**

RCHE1DPD01

| Bill To: | 20154795 |
| --- | --- |
| THRIVE CHARLOTTESVI | |
| 199 SPOTNAP RD STE 6 | |
| CHARLOTTESVILLE VA  22911-8827 | |

Shipped To:
THRIVE CHARLOTTESVIL
199 SPOTNAP RD STE 6
CHARLOTTESVILLE VA  22911-8827
REGULATORY LICENSE:  0101258373

| Invoice Number 17531362 | PO Number ███████ | Invoice Date   06/19/2023 |
| --- | --- | --- |

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 921613 | Vendor:  MGM14 | GLOVE, EXAM NTRL LG N/S 3.8 (1 | █ | BX | █ | █ | 90.16 | 4.78 | |
| | Vend Cat#:   14-688 | PO LN 4 | | | | | | | |
| | Tracking # ███████████ | | | | | | | | |
| | HCPCS Code: A4927 | | | | | | | | |
| | Shipped: 06/19/2023   From: Winchester   Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 921610 | Vendor:  MGM14 | GLOVE, EXAM NTRL SM N/S 3.8 (1 | █ | BX | █ | █ | 90.16 | 4.78 | |
| | Vend Cat#:   14-684 | PO LN 5 | | | | | | | |
| | Tracking # ███████████ | | | | | | | | |
| | Shipped: 06/19/2023   From: Winchester   Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |

| | TAX STATE | COUNTY | CITY | DISTRICT | OTHER |
| --- | --- | --- | --- | --- | --- |
| | $20.06 | $4.66 | $0.00 | $0.00 | $0.00 |
| | SUB TOTAL | FREIGHT | | TAX | AMOUNT |
| | $527.66 | $0.00 | | $24.72 | $552.38 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

**McKESSON**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Invoice**
Summary Page
**Page 3 of 3**
RCHE1DPD01

Bill To:    20154795
THRIVE CHARLOTTESVI

199 SPOTNAP RD STE 6
CHARLOTTESVILLE VA  22911-8827

Shipped To:
THRIVE CHARLOTTESVIL
199 SPOTNAP RD STE 6
CHARLOTTESVILLE VA  22911-8827

| Invoice Number | 17531362 | | Freight | 0.00 |
|---|---|---|---|---|
| PO Number | ▮▮▮▮ | | Freight Tax | 0.00 |
| Invoice Date | 06/19/2023 | | Invoice Total | 552.38 |

| HCPCS | | | TAX | TOTAL |
|---|---|---|---|---|
| A4927 | | 330.50 | 17.52 | 348.02 |
| A9286 | | 61.25 | | 61.25 |
| TOTAL | | 391.75 | 17.52 | 409.27 |

## McKesson

**McKesson Medical-Surgical**
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:   20154812

THRIVE RICHMOND
STE 108
100 GATEWAY CENTRE PKWY
NORTH CHESTERFIELD VA  23235-5174

**Invoice**

**Page 1 of 3**                                       RCHE1DPD01

Shipped From:

MCKESSON MEDICAL-SURGICAL INC
4027 MARTINSBURG PIKE
CLEAR BROOK,VA 22624
SHIPPED FROM LICENSE: 0215000405

Shipped To: ▇

THRIVE RICHMOND
SUITE 108
100 GATEWAY CENTER PARKWAY
RICHMOND VA  23235
REGULATORY LICENSE:  0101258373

TIN:  ▇
DUNS:  ▇

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:          1-888-822-8111

| Sales Order Number | 205596 | Invoice Number | 19672554 |
|---|---|---|---|
| Sales Order Date | 07/21/2023 | Invoice Date | 07/21/2023 |
| PO Number | ▇ | Payment Due Date | 10/19/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $408.79 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 832683 | Vendor:  MGM14 Vend Cat#:   14-138 | GLOVE, EXAM VNYL LG N/S (150/B PO LN 1 | ▇ | CS | ▇ | ▇ | 89.17 | 4.73 | |
| | Tracking # ▇ | | | | | | | | |
| | HCPCS Code: A4927 | | | | | | | | |
| | Shipped: 07/21/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 921603 | Vendor:  MGM14 Vend Cat#:   14-656C | GLOVE, EXAM NTRL MED N/S CHEMO PO LN 2 | | CS | ▇ | ▇ | 138.65 | 7.35 | |
| | Tracking # ▇ | | | | | | | | |
| | HCPCS Code: A4927 | | | | | | | | |
| | Shipped: 07/21/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 354439 | Vendor:  MGM14 Vend Cat#:   14-116 | GLOVE, EXAM VNYL MED N/S (100/ PO LN 3 | | CS | ▇ | ▇ | 59.33 | 3.14 | |
| | Tracking # ▇ | | | | | | | | |
| | HCPCS Code: A4927 | | | | | | | | |

## McKesson

**Invoice**

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

THRIVE RICHMOND
STE 108
100 GATEWAY CENTRE PKWY
NORTH CHESTERFIELD VA  23235-5174

| Account Number | 20154812 | | |
|---|---|---|---|
| Document Number | 19672554 | Date | 07/21/2023 |
| Terms | | AR | NET 90 DAYS |
| Pay This Amount Before | 10/19/2023 | | $408.79 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

**Please Remit To:**

MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

**McKESSON**

**Invoice**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Page 2 of 3**

RCHE1DPD01

Bill To:      20154812
THRIVE RICHMOND
STE 108
100 GATEWAY CENTRE PKWY
NORTH CHESTERFIELD VA  23235-5174

Shipped To:
THRIVE RICHMOND
SUITE 108
100 GATEWAY CENTER PARKWAY
RICHMOND VA  23235
REGULATORY LICENSE:  0101258373

| Invoice Number 19672554 | PO Number | Invoice Date  07/21/2023 |
| --- | --- | --- |

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Shipped: 07/21/2023  From: Winchester   Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |
| 366414 | Vendor:  BD | LANCET, QUICK HEEL INF (50/BX) | ▮ | BX | ▮ | ▮ | 101.06 | 5.36 | |
| | Vend Cat#:  368101 | PO LN 4 | | | | | | | |
| | Tracking # ▮ | | | | | | | | |
| | Shipped: 07/21/2023  From: Winchester   Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |

| TAX STATE | COUNTY | CITY | DISTRICT | OTHER |
| --- | --- | --- | --- | --- |
| $16.70 | $3.88 | $0.00 | $0.00 | $0.00 |

| SUB TOTAL | FREIGHT | TAX | AMOUNT |
| --- | --- | --- | --- |
| $388.21 | $0.00 | $20.58 | $408.79 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Invoice**
Summary Page
**Page 3 of 3**

RCHE1DPD01

Bill To:   20154812
THRIVE RICHMOND
STE 108
100 GATEWAY CENTRE PKWY
NORTH CHESTERFIELD VA  23235-5174

Shipped To:
THRIVE RICHMOND
SUITE 108
100 GATEWAY CENTER PARKWAY
RICHMOND VA  23235

| Invoice Number | 19672554 | Freight | 0.00 |
|---|---|---|---|
| PO Number | ▮▮▮▮▮▮ | Freight Tax | 0.00 |
| Invoice Date | 07/21/2023 | Invoice Total | 408.79 |

| HCPCS | | | TAX | TOTAL |
|---|---|---|---|---|
| A4927 | | 287.15 | 15.22 | 302.37 |
| TOTAL | | 287.15 | 15.22 | 302.37 |

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:     20154818

THRIVE WINSTON SALEM
7900 TRIAD CENTER DR STE 132
GREENSBORO NC  27409-9075

**Invoice**

**Page 1 of 2**

RCHE1DPD01

Shipped From:

MCKESSON MEDICAL-SURGICAL INC
885 PARAGON WAY
ROCK HILL,SC 29730
SHIPPED FROM LICENSE: 1345

Shipped To:

THRIVE WINSTON SALEM
7900 TRIAD CENTER DR STE 132
GREENSBORO NC  27409-9075
REGULATORY LICENSE:  HC4414

TIN:
DUNS:

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:          1-888-822-8111

| | | | |
|---|---|---|---|
| Sales Order Number | 99105470 | Invoice Number | 18915793 |
| Sales Order Date | 07/07/2023 | Invoice Date | 07/09/2023 |
| PO Number | 07.07.2023 | Payment Due Date | 10/07/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $132.77 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 803185 | Vendor:  MGM01 | SPHYG, ANEROID DLX LF RBLU SM | ▮ | BX | ▮ | ▮ | 108.80 | 7.34 | |
| | Vend Cat#:   01-720-10SARBGM | PO LN 1 | | | | | | | |
| | Tracking # | | | | | | | | |
| | HCPCS Code: A4660 | | | | | | | | |
| | Shipped: 07/09/2023   From: Charlotte   Via: UPS GROUND   Broker Lic: 1751 | | | | | | | | |

| HANDLING | COLD CHAIN | HAZMAT | BULK | STD/EXP FRT | TAX STATE | COUNTY | CITY | DISTRICT | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $15.58 | $5.90 | $2.49 | $0.00 | $0.00 | $0.00 |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $108.80 | $15.58 | $8.39 | $132.77 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.

PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

THRIVE WINSTON SALEM

7900 TRIAD CENTER DR STE 132
GREENSBORO NC  27409-9075

**Invoice**

RCHE1DPD01

| | | | |
|---|---|---|---|
| **Account Number** | 20154818 | | |
| **Document Number** | 18915793 | **Date** | **07/09/2023** |
| | **Terms** | **AR** | **NET 90 DAYS** |
| **Pay This Amount Before** | **10/07/2023** | | **$132.77** |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

**Please Remit To:**

MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

**McKESSON**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:    20154818
THRIVE WINSTON SALEM

7900 TRIAD CENTER DR STE 132
GREENSBORO NC  27409-9075

Shipped To:
THRIVE WINSTON SALEM
7900 TRIAD CENTER DR STE 132
GREENSBORO NC  27409-9075

| Invoice Number | 18915793 | Freight | 15.58 |
|---|---|---|---|
| PO Number | 07.07.2023 | Freight Tax | 1.05 |
| Invoice Date | 07/09/2023 | Invoice Total | 132.77 |

| HCPCS | | TAX | TOTAL |
|---|---|---|---|
| A4660 | 108.80 | 7.34 | 116.14 |
| TOTAL | 108.80 | 7.34 | 116.14 |

# McKESSON

**Invoice**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Page 1 of 1**

RCHE1DPD01

Shipped From:

MMS (BIOMED JACKSONVILLE)
4815 EXECUTIVE PARK CT #103
JACKSONVILLE,FL 32216

Bill To:   65295910

SOFT TOUCH MEDICAL
SUITE 224  ATTN: ANA LUNA
1800 SANDY PLAINS IND PKWY BLDG 200
MARIETTA GA  30067-7886

Shipped To:   ▌

SOFT TOUCH MEDICAL
SUITE 224
1800 SANDY PLAINS IND PKWY BLDG 200
MARIETTA GA  30067-7886

TIN:  ▌
DUNS:  ▌

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:          1-833-324-6633

| | | | |
|---|---|---|---|
| Sales Order Number | 98769706 | Invoice Number | 18653434 |
| Sales Order Date | 07/03/2023 | Invoice Date | 07/03/2023 |
| PO Number | | Payment Due Date | 08/02/2023 |
| Sales Rep Name | WILLIAMS, SONYA | Invoice Amount | $5,602.50 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full
the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's
acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1151926 | Vendor: Vend Cat#:  FLAT RATE | VERBALCARE LICENSE FEE- FLAT R ▌ PO LN 1 | ▌ | EA | ▌ | ▌ | 5602.50 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $5,602.50 | $0.00 | $0.00 | $5,602.50 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and
costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on
request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for
discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

**Invoice**

RCHE1DPD01

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

| | | | |
|---|---|---|---|
| **Account Number** | 65295910 | | |
| **Document Number** | 18653434 | **Date** | **07/03/2023** |
| **Terms** | | | **AR NET 30 DAYS** |
| **Pay This Amount Before** | 08/02/2023 | | **$5,602.50** |

SOFT TOUCH MEDICAL
SUITE 224  ATTN: ANA LUNA
1800 SANDY PLAINS IND PKWY BLDG 200
MARIETTA GA  30067-7886

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:   65295910

**Invoice**

**Page 1 of 1**                    RCHE1DPD01

Shipped From:
MMS (BIOMED JACKSONVILLE)
4815 EXECUTIVE PARK CT #103
JACKSONVILLE,FL 32216

Shipped To:
SOFT TOUCH MEDICAL
SUITE 224
1800 SANDY PLAINS IND PKWY BLDG 200
MARIETTA GA  30067-7886

SOFT TOUCH MEDICAL
SUITE 224  ATTN: ANA LUNA
1800 SANDY PLAINS IND PKWY BLDG 200
MARIETTA GA  30067-7886

TIN:
DUNS:

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:                         1-833-324-6633

| Sales Order Number | 965908 | Invoice Number | 20214524 |
|---|---|---|---|
| Sales Order Date | 07/31/2023 | Invoice Date | 07/31/2023 |
| PO Number | | Payment Due Date | 08/30/2023 |
| Sales Rep Name | WILLIAMS, SONYA | Invoice Amount | $236.25 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full
the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's
acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1200873 | Vendor: RESPIR | RENTAL FEE, VENT TRILOGY 100 | | MO | | | 236.25 | .00 | |
| | Vend Cat#:  1054260 | PO LN 1 | | | PO# | | | | |
| S/N: | Asset ID: | Rental Billing Period: 7/1/2023 - 7/31/2023   Billing Days: 31 | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $236.25 | $0.00 | $0.00 | $236.25 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and
costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on
request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for
discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

SOFT TOUCH MEDICAL
SUITE 224  ATTN: ANA LUNA
1800 SANDY PLAINS IND PKWY BLDG 200
MARIETTA GA  30067-7886

**Invoice**

RCHE1DPD01

| Account Number | 65295910 | | |
|---|---|---|---|
| Document Number | 20214524 | Date | 07/31/2023 |
| | Terms | | AR NET 30 DAYS |
| Pay This Amount Before | 08/30/2023 | | $236.25 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com

Please Remit To:
MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:    82270274

**Invoice**

**Page 1 of 1**                                       RCHE1DPD01

Shipped From:
MMS (BIOMED JACKSONVILLE)
4815 EXECUTIVE PARK CT #103
JACKSONVILLE,FL 32216

THRIVE SPC
1800 SANDY PLAINS INDUSTRIAL PKWY
BIOMED
MARIETTA GA  30066

Shipped To:
THRIVE MARIETTA
1800 SANDY PLAINS IND PKWY STE 224
MARIETTA GA  30066

TIN:
DUNS:

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:                     1-833-324-6633

| Sales Order Number | 408180 | Invoice Number | 19864246 |
|---|---|---|---|
| Sales Order Date | 07/24/2023 | Invoice Date | 07/25/2023 |
| PO Number | | Payment Due Date | 08/24/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $35.52 |

Notes:    By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full
the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's
acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

## Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | Shipment Date: [07/24/2023] | | | | | | | | |
| 1167563 | Vendor:              FREIGHT FEES | | | EA | ▮ | ▮ | 33.51 | 2.01 | |
| | Vend Cat#:  OT FREIGHT FEES | PO LN 1 | ▮ | | | | | | |
| | Tracking # | | | | | | | | |
| 1167563 | Vendor:              FREIGHT FEES | | ▮ | EA | ▮ | ▮ | .00 | .00 | |
| | Vend Cat#:  OT FREIGHT FEES | PO LN 2 | | | | | | | |
| | S/N: ▮        Asset ID: ▮ | | | | | | | | |

| | TAX STATE $1.34 | COUNTY $0.67 | CITY $0.00 | DISTRICT $0.00 | OTHER $0.00 |
|---|---|---|---|---|---|
| | SUB TOTAL $33.51 | FREIGHT $0.00 | TAX $2.01 | | AMOUNT $35.52 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and
costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on
request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for
discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

**Invoice**

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

| Account Number | 82270274 | | |
|---|---|---|---|
| Document Number | 19864246 | Date | 07/25/2023 |
| **Terms** | | AR NET 30 DAYS | |
| **Pay This Amount Before** | 08/24/2023 | | $35.52 |

THRIVE SPC

1800 SANDY PLAINS INDUSTRIAL PKWY
MARIETTA GA  30066

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

**Please Remit To:**

MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

# McKESSON

**McKesson Medical-Surgical**
**Minnesota Supply Inc.**
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:  82270274

THRIVE SPC
1800 SANDY PLAINS INDUSTRIAL PKWY
BIOMED
MARIETTA GA  30066

**Invoice**

**Page 1 of 2**

RCHE1DPD01

Shipped From:

MMS (BIOMED JACKSONVILLE)
4815 EXECUTIVE PARK CT #103
JACKSONVILLE,FL 32216

Shipped To:

THRIVE MARIETTA
1800 SANDY PLAINS IND PKWY STE 224
MARIETTA GA  30066

TIN:
DUNS:

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:                              1-833-324-6633

| | | | |
|---|---|---|---|
| Sales Order Number | 408452 | Invoice Number | 19864496 |
| Sales Order Date | 07/22/2023 | Invoice Date | 07/25/2023 |
| PO Number | 389630 | Payment Due Date | 08/24/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $1,981.26 |

Notes:  By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

## Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | Repair Ticket No | | | | | | | | |
| 1164923 | Vendor: VYABIO Vend Cat#: 19534-001 | PM KIT, 30K F/LTV 1100/1150 W/ PO LN 1 | | EA | PO# | .00 | .00 | | |
| | Shipped: 07/25/2023  From: BioMed Jacksonville  Broker Lic: PHWH004554 | | | | | | | | |
| | S/N: | Asset ID | | | | | | | |
| 1213358 | Vendor: VYABIO Vend Cat#: 19845-001 | FILTER, O2 INLET LTV PO LN 2 | | EA | PO# | .00 | .00 | | |
| | Shipped: 07/25/2023  From: BioMed Jacksonville  Broker Lic: PHWH004554 | | | | | | | | |
| | S/N: | Asset ID | | | | | | | |
| 1131126 | Vendor: VYACIR Vend Cat#: 004-10678 | FAN GRILL ASSEMBLY, W/FILTER D PO LN 3 | | EA | PO# | | 19.11 | 1.15 | |
| | Shipped: 07/25/2023  From: BioMed Jacksonville  Broker Lic: PHWH004554 | | | | | | | | |
| | S/N | Asset ID: | | | | | | | |
| 1213357 | Vendor: VYABIO Vend Cat#: 10609 | O-RING, O2 INLET PORT .197 ID PO LN 4 | | EA | PO# | .00 | .00 | | |

**Invoice**

RCHE1DPD01

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

THRIVE SPC

1800 SANDY PLAINS INDUSTRIAL PKWY
MARIETTA GA  30066

| | | | |
|---|---|---|---|
| **Account Number** | 82270274 | | |
| **Document Number** | 19864496 | Date | 07/25/2023 |
| **Terms** | | | AR NET 30 DAYS |
| **Pay This Amount Before** | 08/24/2023 | | $1,981.26 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com

Please Remit To:

MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

**MCKESSON**

**Invoice**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Page 2 of 2**

RCHE1DPD01

| Bill To: | 82270274 | Shipped To: |
|---|---|---|
| THRIVE SPC | | THRIVE MARIETTA |
| 1800 SANDY PLAINS INDUSTRIAL PKWY | | 1800 SANDY PLAINS IND PKWY STE 224 |
| BIOMED | | MARIETTA GA 30066 |
| MARIETTA GA 30066 | | |

| Invoice Number 19864496 | PO Number ▮ | Invoice Date | 07/25/2023 |
|---|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | Shipped: 07/25/2023  From: BioMed Jacksonville  Broker Lic: PHWH004554 | | | | | | | | |
| | S/N: F80495  Asset ID: 5097-F80495 | | | | | | | | |
| 1167565 | Vendor:  SVCFEE | PREVENTATIVE MAINTENANCE FEE | ▮ | EA | PO# ▮ | | 1850.00 | 111.00 | |
| | Vend Cat#: | PREVENTATIVE MAINTENANCE FEE PO LN 5 | | | | | | | |
| | S/N: ▮  Asset ID ▮ | | | | | | | | |
| 1167565 | Vendor:  SVCFEE | PREVENTATIVE MAINTENANCE FEE | ▮ | EA | PO# ▮ | .00 | .00 | .00 | |
| | Vend Cat#: | PREVENTATIVE MAINTENANCE FEE PO LN 6 | | | | | | | |
| | S/N: ▮  Asset ID: ▮ | | | | | | | | |

| TAX STATE | COUNTY | CITY | DISTRICT | OTHER |
|---|---|---|---|---|
| $74.77 | $37.38 | $0.00 | $0.00 | $0.00 |

| SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|
| $1,869.11 | $0.00 | $112.15 | $1,981.26 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.

PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

**McKesson Medical-Surgical
Minnesota Supply Inc.**
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:   82270274

**Invoice**

**Page 1 of 2**

RCHE1DPD01

Shipped From:
MMS (BIOMED JACKSONVILLE)
4815 EXECUTIVE PARK CT #103
JACKSONVILLE, FL 32216

THRIVE SPC
1800 SANDY PLAINS INDUSTRIAL PKWY
BIOMED
MARIETTA GA  30066

Shipped To: ▮
THRIVE MARIETTA
1800 SANDY PLAINS IND PKWY STE 224
MARIETTA GA  30066

TIN: ▮
DUNS: ▮

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:                           1-833-324-6633

| Sales Order Number | 619661 | Invoice Number | 20010626 |
| Sales Order Date | 07/26/2023 | Invoice Date | 07/27/2023 |
| PO Number | ▮ | Payment Due Date | 08/26/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $2,829.26 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

## Invoice Detail

| Item Number | Vendor / Vendor Cat # Repair Ticket No | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1131126 | Vendor: VYACIR Vend Cat#: 004-10678 | FAN GRILL ASSEMBLY, W/FILTER D PO LN 1 | ▮ | EA | PO# ▮ | | 19.11 | 1.15 | |
| | Shipped: 07/27/2023  From: BioMed Jacksonville   Broker Lic: PHWH004554 | | | | | | | | |
| | S/N: ▮      Asset ID: ▮ | | | | | | | | |
| 1213358 | Vendor: VYABIO Vend Cat#: 19845-001 | FILTER, O2 INLET LTV PO LN 2 | ▮ | EA | PO# ▮ | .00 | .00 | .00 | |
| | Shipped: 07/27/2023  From: BioMed Jacksonville   Broker Lic: PHWH004554 | | | | | | | | |
| | S/N: ▮      Asset ID: ▮ | | | | | | | | |
| 1213357 | Vendor: VYABIO Vend Cat#: 10609 | O-RING, O2 INLET PORT .197 ID PO LN 3 | ▮ | EA | PO# ▮ | .00 | .00 | .00 | |
| | Shipped: 07/27/2023  From: BioMed Jacksonville   Broker Lic: PHWH004554 | | | | | | | | |
| | S/N: ▮      Asset ID: ▮ | | | | | | | | |
| 1146965 | Vendor: VYABIO Vend Cat#: 14080-001 | PM KIT, 30K (LTV1150) PO LN 4 | ▮ | EA | PO# ▮ | .00 | .00 | .00 | |

---

# McKESSON

**Invoice**

RCHE1DPD01

**McKesson Medical-Surgical
Minnesota Supply Inc.**
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

THRIVE SPC

1800 SANDY PLAINS INDUSTRIAL PKWY
MARIETTA GA  30066

| Account Number | 82270274 | | |
| Document Number | 20010626 | Date | 07/27/2023 |
| Terms | | | AR NET 30 DAYS |
| Pay This Amount Before | 08/26/2023 | | $2,829.26 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com

Please Remit To:
MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

**McKESSON**

**McKesson Medical-Surgical
Minnesota Supply Inc.**
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Invoice**

**Page 2 of 2**

RCHE1DPD01

Bill To:     82270274
THRIVE SPC
1800 SANDY PLAINS INDUSTRIAL PKWY
BIOMED
MARIETTA GA  30066

Shipped To:
THRIVE MARIETTA
1800 SANDY PLAINS IND PKWY STE 224
MARIETTA GA  30066

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Invoice Number  20010626** | | | **PO Number** ▮ | | | | **Invoice Date** | | **07/27/2023** |

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | Shipped: 07/27/2023  From: BioMed Jacksonville   Broker Lic: PHWH004554 | | | | | | | | |
| | S/N: ▮ | Asset ID: ▮ | | | | | | | |
| 1167565 | Vendor:  SVCFEE       PREVENTATIVE MAINTENANCE FEE | | ▮ | EA | PO# ▮ | | 2650.00 | 159.00 | |
| | Vend Cat#:  PREVENTATIVE MAINTENANCE FEEPO LN 5 | | | | | | | | |
| | S/N: ▮ | Asset ID: ▮ | | | | | | | |
| 1167565 | Vendor:  SVCFEE       PREVENTATIVE MAINTENANCE FEE | | ▮ | EA | PO# ▮ | .00 | .00 | .00 | |
| | Vend Cat#:  PREVENTATIVE MAINTENANCE FEEPO LN 6 | | | | | | | | |
| | S/N: ▮ | Asset ID: ▮ | | | | | | | |

| TAX STATE | COUNTY | CITY | DISTRICT | OTHER |
|---|---|---|---|---|
| $106.77 | $53.38 | $0.00 | $0.00 | $0.00 |

| SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|
| $2,669.11 | $0.00 | $160.15 | $2,829.26 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

**McKesson Medical-Surgical**
**Minnesota Supply Inc.**
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:   82270274

**Invoice**

**Page 1 of 2**

RCHE1DPD01

Shipped From:
**MMS (BIOMED JACKSONVILLE)**
4815 EXECUTIVE PARK CT #103
JACKSONVILLE, FL 32216

THRIVE SPC
1800 SANDY PLAINS INDUSTRIAL PKWY
BIOMED
MARIETTA GA  30066

Shipped To:
**THRIVE MARIETTA**
1800 SANDY PLAINS IND PKWY STE 224
MARIETTA GA  30066

| TIN: | | |
| DUNS: | | |

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:                              1-833-324-6633

| Sales Order Number | 619675 | Invoice Number | 20010640 |
|---|---|---|---|
| Sales Order Date | 07/26/2023 | Invoice Date | 07/27/2023 |
| PO Number | 389630 | Payment Due Date | 08/26/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $943.40 |

Notes:  By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | Repair Ticket No: | | | | | | | | |
| 1143916 | Vendor: VYABIO | ASSY KIT, LTV 1150/1200 10K PM | | EA | | .00 | .00 | .00 | |
| | Vend Cat#: 14023-001 | PO LN 1 | | | PO# | | | | |
| | Shipped: 07/27/2023   From: BioMed Jacksonville   Broker Lic: PHWH004554 | | | | | | | | |
| | S/N: | Asset ID: | | | | | | | |
| 1167565 | Vendor: SVCFEE | PREVENTATIVE MAINTENANCE FEE | | EA | | | 890.00 | 53.40 | |
| | Vend Cat#: | PREVENTATIVE MAINTENANCE FEE PO LN 2 | | | PO# | | | | |
| | S/N: | Asset ID: | | | | | | | |
| 1167565 | Vendor: SVCFEE | PREVENTATIVE MAINTENANCE FEE | | EA | | .00 | .00 | .00 | |
| | Vend Cat#: | PREVENTATIVE MAINTENANCE FEE PO LN 3 | | | PO# | | | | |
| | S/N: | Asset ID: | | | | | | | |

| | TAX STATE | COUNTY | CITY | DISTRICT | OTHER |
|---|---|---|---|---|---|
| | $35.60 | $17.80 | $0.00 | $0.00 | $0.00 |

# McKESSON

**Invoice**

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

THRIVE SPC

1800 SANDY PLAINS INDUSTRIAL PKWY
MARIETTA GA  30066

| Account Number | 82270274 | | |
|---|---|---|---|
| Document Number | 20010640 | Date | 07/27/2023 |
| Terms | | AR NET 30 DAYS | |
| Pay This Amount Before | 08/26/2023 | | $943.40 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com

Please Remit To:
   MCKESSON MEDICAL - SURGICAL
   PO BOX 204786
   DALLAS  TX 75320-4786

**MCKESSON**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:     82270274
THRIVE SPC
1800 SANDY PLAINS INDUSTRIAL PKWY
BIOMED
MARIETTA GA  30066

Shipped To:
THRIVE MARIETTA
1800 SANDY PLAINS IND PKWY STE 224
MARIETTA GA  30066

| Invoice Number  20010640 | PO Number ▮▮▮▮▮ | | Invoice Date  07/27/2023 |
|---|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | | | SUB TOTAL | | FREIGHT | | TAX | | AMOUNT |
| | | | $890.00 | | $0.00 | | $53.40 | | $943.40 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

**Invoice**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Page 1 of 2**

RCHE1DPD01

Shipped From:
MCKESSON MEDICAL-SURGICAL INC
4027 MARTINSBURG PIKE
CLEAR BROOK,VA 22624
SHIPPED FROM LICENSE: 0215000405

Bill To:     82503941

THRIVE CPAP PHD
STE 224
1800 SANDY PLAINS INDUSTRIAL PKWY
MARIETTA GA  30066-6363

Shipped To:


Ordered By: ▇
REGULATORY LICENSE: *#*#*#*#*#

TIN: ▇
DUNS: ▇

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:          1-888-822-8111

| | | | |
|---|---|---|---|
| Sales Order Number | 99032544 | Invoice Number | 18862124 |
| Sales Order Date | 07/06/2023 | Invoice Date | 07/07/2023 |
| PO Number | 388995 | Payment Due Date | 10/05/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $129.56 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1168563 | Vendor: SSETHC | TUBING, CPAP SLIM TYPE SMOOTHB | ▇ | EA | ▇ | ▇ | 3.04 | .16 | |
| | Vend Cat#: TUB006SS | PO LN 2 | | | | | | | |
| | Tracking # ▇ | | | | | | | | |
| | Shipped: 07/07/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 849348 | Vendor: RESMED | CUSHION, CPAP MASK QUATTRO AIR | ▇ | EA | ▇ | ▇ | 22.00 | 1.17 | |
| | Vend Cat#: 62738 | PO LN 4 | | | | | | | |
| | Tracking # ▇ | | | | | | | | |
| | Shipped: 07/07/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 897283 | Vendor: RESMED | HEADGEAR, CPAP AIRFIT F10 STD | ▇ | EA | ▇ | ▇ | 19.50 | 1.03 | |
| | Vend Cat#: 63164 | PO LN 5 | | | | | | | |
| | Tracking # ▇ | | | | | | | | |
| | Shipped: 07/07/2023  From: Winchester  Via: UPS GROUND  Broker Lic: 0215000433 | | | | | | | | |
| 897281 | Vendor: RESMED | MASK, FRAME SYS CPAP AIRFIT F1 | ▇ | EA | ▇ | ▇ | 78.50 | 4.16 | |
| | Vend Cat#: 63162 | PO LN 6 | | | | | | | |
| | Tracking # ▇ | | | | | | | | |

---

**Invoice**

# McKESSON

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

| | | | |
|---|---|---|---|
| Account Number | 82503941 | | |
| Document Number | 18862124 | Date | 07/07/2023 |
| | Terms | AR | NET 90 DAYS |
| Pay This Amount Before | 10/05/2023 | | $129.56 |

THRIVE CPAP PHD
STE 224
1800 SANDY PLAINS INDUSTRIAL PKWY
MARIETTA GA  30066-6363

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

Please Remit To:
MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786



**McKesson Medical-Surgical**
**Minnesota Supply Inc.**
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Invoice**

**Page 2 of 2**

RCHE1DPD01

Bill To:      82503941
THRIVE CPAP PHD
STE 224
1800 SANDY PLAINS INDUSTRIAL PKWY
MARIETTA GA  30066-6363

Shipped To:

Ordered By:
REGULATORY LICENSE:  *#*#*#*#*#

| Invoice Number 18862124 | PO Number 388995 | Invoice Date | 07/07/2023 |
|---|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | Shipped: 07/07/2023   From: Winchester   Via: UPS GROUND   Broker Lic: 0215000433 | | | | | | | | |

| | TAX STATE $5.28 | COUNTY $1.24 | CITY $0.00 | DISTRICT $0.00 | OTHER $0.00 |
|---|---|---|---|---|---|
| | **SUB TOTAL** | **FREIGHT** | | **TAX** | **AMOUNT** |
| | $123.04 | $0.00 | | $6.52 | $129.56 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

**Invoice**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:    82503941

**Page 1 of 1**

RCHE1DPD01

Shipped From:

MCKESSON MEDICAL-SURGICAL INC
3769 COMMERCE CENTER BLVD
BETHLEHEM,PA 18015
SHIPPED FROM LICENSE: PHWH004707

THRIVE CPAP PHD
STE 224
1800 SANDY PLAINS INDUSTRIAL PKWY
MARIETTA GA  30066-6363

Shipped To:

▮▮▮▮▮

Ordered By:
REGULATORY LICENSE: *#*#*#*#*#

TIN:    ▮▮▮
DUNS:    ▮▮▮

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:          1-888-822-8111

| | | | |
|---|---|---|---|
| Sales Order Number | 234173 | Invoice Number | 19744918 |
| Sales Order Date | 07/21/2023 | Invoice Date | 07/24/2023 |
| PO Number | 390251 | Payment Due Date | 10/22/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $82.03 |

Notes:    By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1118425 | Vendor:  RESPIR | MASK, CPAP NASAL WISP FIT PACK | ▮ | EA | ▮ | ▮ | 63.24 | 3.79 | |
| | Vend Cat#:  1104953 | PO LN 1 | | | | | | | |
| | Tracking # ▮▮▮▮ | | | | | | | | |
| | Shipped: 07/24/2023   From: Lehigh Valley   Via: UPS GROUND   Broker Lic: PHWH004554 | | | | | | | | |

| HANDLING | COLD CHAIN | HAZMAT | BULK | STD/EXP FRT | TAX STATE | COUNTY | CITY | DISTRICT | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.53 | $1.26 | $0.00 | $0.00 | $0.00 |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $63.24 | $15.00 | $3.79 | $82.03 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.

PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

**Invoice**

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

| | | | |
|---|---|---|---|
| Account Number | 82503941 | | |
| Document Number | 19744918 | Date | 07/24/2023 |
| Terms | | AR | NET 90 DAYS |
| Pay This Amount Before | 10/22/2023 | | $82.03 |

THRIVE CPAP PHD
STE 224
1800 SANDY PLAINS INDUSTRIAL PKWY
MARIETTA GA  30066-6363

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

**Please Remit To:**
MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:     82503941

**Invoice**

**Page 1 of 2**

RCHE1DPD01

Shipped From:

MCKESSON MEDICAL-SURGICAL INC
4027 MARTINSBURG PIKE
CLEAR BROOK,VA 22624
SHIPPED FROM LICENSE: PHWH003744

THRIVE CPAP PHD
STE 224
1800 SANDY PLAINS INDUSTRIAL PKWY
MARIETTA GA  30066-6363

Shipped To: ▮

▮
▮
▮

Ordered By: ▮
REGULATORY LICENSE: *#*#*#*#*#

TIN: ▮
DUNS: ▮

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:        1-888-822-8111

| Sales Order Number | 593269 | Invoice Number | 19945773 |
|---|---|---|---|
| Sales Order Date | 07/26/2023 | Invoice Date | 07/26/2023 |
| PO Number | 390555 | Payment Due Date | 10/24/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $141.52 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full
the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's
acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 853872 | Vendor:  SSETHC Vend Cat#:  TUB06 | TUBING, CPAP GRAY 6' PO LN 1 | ▮ | EA | ▮ | ▮ | 2.34 | .19 | |
| | Tracking # ▮ | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |
| 897286 | Vendor:  RESMED Vend Cat#:  63167 | HEADGEAR, CPAP AIRFIT F10 F/HE PO LN 2 | ▮ | EA | ▮ | ▮ | 19.50 | 1.56 | |
| | Tracking # ▮ | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |
| 897279 | Vendor:  RESMED Vend Cat#:  63160 | MASK, FRAME SYS CPAP AIRFIT F1 PO LN 3 | ▮ | EA | ▮ | ▮ | 78.50 | 6.28 | |
| | Tracking # ▮ | | | | | | | | |
| | Shipped: 07/27/2023  From: Winchester  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |
| 1197385 | Vendor:  RESPIR Vend Cat#:  1146072 | TANK, WATER DREAMSTATION2 W/O PO LN 4 | ▮ | EA | ▮ | ▮ | 10.00 | .80 | |
| | Tracking # ▮ | | | | | | | | |

# McKESSON

**Invoice**

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

THRIVE CPAP PHD
STE 224
1800 SANDY PLAINS INDUSTRIAL PKWY
MARIETTA GA  30066-6363

| Account Number | 82503941 | | |
|---|---|---|---|
| Document Number | 19945773 | Date | 07/26/2023 |
| **Terms** | | AR | NET 90 DAYS |
| **Pay This Amount Before** | 10/24/2023 | | $141.52 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
  MCKESSON MEDICAL - SURGICAL
  PO BOX 204786
  DALLAS  TX 75320-4786



**McKesson** **Invoice**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Page 2 of 2**

RCHE1DPD01

Bill To:      82503941
THRIVE CPAP PHD
STE 224
1800 SANDY PLAINS INDUSTRIAL PKWY
MARIETTA GA  30066-6363

Shipped To:
███████████████

Ordered By: ████████
REGULATORY LICENSE: *#*#*#*#*#

| Invoice Number 19945773 | PO Number 390555 | Invoice Date    07/26/2023 |
|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | Shipped: 07/27/2023   From: Winchester   Via: UPS GROUND   Broker Lic: PHWH004554 | | | | | | | | |
| 1192966 | Vendor:  RESPIR  Vend Cat#:  1142687 | FILTER, CPAP POLLEN DS2 REUSAB  PO LN 5 | █ | EA | █ | ██ | .90 | .07 | |
| | Tracking # | ██████ | | | | | | | |
| | Shipped: 07/27/2023   From: Winchester   Via: UPS GROUND   Broker Lic: PHWH004554 | | | | | | | | |
| 1197054 | Vendor:  RESPIR  Vend Cat#:  1142828 | FILTER, ULTRA-FINE F/DREAMSTAT  PO LN 6 | █ | EA | █ | ███ | 4.80 | .38 | |
| | Tracking # | ████████ | | | | | | | |
| | Shipped: 07/27/2023   From: Winchester   Via: UPS GROUND   Broker Lic: PHWH004554 | | | | | | | | |

| HANDLING | COLD CHAIN | HAZMAT | BULK | STD/EXP FRT | TAX STATE | COUNTY | CITY | DISTRICT | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.24 | $5.24 | $0.00 | $0.00 | $0.00 |

| SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|
| $116.04 | $15.00 | $10.48 | $141.52 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

**McKESSON**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:     82998340

**Invoice**

**Page 1 of 2**

RCHE1DPD01

Shipped From:

MCKESSON MEDICAL-SURGICAL INC
1005 SATELLITE BLVD.
SUWANEE,GA 30024
SHIPPED FROM LICENSE: PHWH001594

Shipped To:

THRIVE  MACON
915 HILL PARK STE 100A
MACON GA  31201-1929

THRIVE  MACON
2278 INGLESIDE AVE
MACON GA  31204

TIN:
DUNS:

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:          1-888-822-8111

| Sales Order Number | 304217 | Invoice Number | 19744434 |
|---|---|---|---|
| Sales Order Date | 07/24/2023 | Invoice Date | 07/24/2023 |
| PO Number | OFFICE | Payment Due Date | 08/23/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $582.96 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 771927 | Vendor:  CLRXCO  Vend Cat#:   01593 | WIPE, CLOROX DISINFECTING FRES PO LN 1 | ▮ | CS | ▮ | ▮ | 49.45 | 3.96 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/24/2023   From: Atlanta   Via: UPS GROUND   Broker Lic: PHWH004554 | | | | | | | | |
| 1040600 | Vendor:  MGM16  Vend Cat#:   165-MF250 | TOWEL, MULTI-FOLD 1PLY WHT 9.0 PO LN 2 | ▮ | CS | ▮ | ▮ | 32.70 | 2.62 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/24/2023   From: Atlanta   Via: UPS GROUND   Broker Lic: PHWH004554 | | | | | | | | |
| 1056612 | Vendor:  RJSHNR  Vend Cat#:   US03562A | SOAP, HAND SOFTSOAP CRISP CLEA PO LN 3 | ▮ | CS | ▮ | ▮ | 35.12 | 2.81 | |
| | Tracking # | | | | | | | | |
| | Shipped: 07/24/2023   From: Atlanta   Via: UPS GROUND   Broker Lic: PHWH004554 | | | | | | | | |
| 953791 | Vendor:  MGM16  Vend Cat#:   16-1069 | SANITIZER, HAND INSTANT PUMP W PO LN 4 | ▮ | CS | ▮ | ▮ | 42.56 | 3.40 | |
| | Tracking # | | | | | | | | |

**Invoice**

RCHE1DPD01

**McKESSON**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

THRIVE  MACON

2278 INGLESIDE AVE
MACON GA  31204

| Account Number | 82998340 | | |
|---|---|---|---|
| Document Number | 19744434 | Date | 07/24/2023 |
| Terms | | AR NET 30 DAYS | |
| Pay This Amount Before | 08/23/2023 | | $582.96 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

**Please Remit To:**

MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

**McKESSON**

**Invoice**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Page 2 of 2**

RCHE1DPD01

| Bill To: | 82998340 |
| --- | --- |
| THRIVE  MACON | |
| 2278 INGLESIDE AVE | |
| MACON GA  31204 | |

Shipped To:
THRIVE  MACON
915 HILL PARK STE 100A
MACON GA  31201-1929

| Invoice Number 19744434 | PO Number OFFICE | | Invoice Date | 07/24/2023 |
| --- | --- | --- | --- | --- |

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Shipped: 07/24/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |
| 832683 | Vendor: MGM14  Vend Cat#:  14-138 | GLOVE, EXAM VNYL LG N/S (150/B | | CS | | | 89.17 | 7.13 | |
| | | PO LN 5 | | | | | | | |
| | Tracking # ▉▉▉▉▉ | | | | | | | | |
| | Shipped: 07/24/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |
| 832682 | Vendor: MGM14  Vend Cat#:  14-136 | GLOVE, EXAM VNYL MED N/S (150/ | | CS | | | 178.34 | 14.27 | |
| | | PO LN 6 | | | | | | | |
| | Tracking # ▉▉▉▉▉ | | | | | | | | |
| | Shipped: 07/24/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |
| 1040599 | Vendor: MGM16  Vend Cat#:  165-MF250P | TOWEL, MULTI-FOLD PREM 1PLY WH | | CS | | | 57.33 | 4.59 | |
| | | PO LN 7 | | | | | | | |
| | Tracking # ▉▉▉▉▉ | | | | | | | | |
| | Shipped: 07/24/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |
| 937918 | Vendor: MGM53  Vend Cat#:  53-27037-18 | SANITIZER, HAND ALOE W/PUMP 18 | | CS | | | 55.10 | 4.41 | |
| | | PO LN 8 | | | | | | | |
| | Tracking # ▉▉▉▉▉ | | | | | | | | |
| | Shipped: 07/24/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | | |

| TAX STATE | COUNTY | CITY | DISTRICT | OTHER |
| --- | --- | --- | --- | --- |
| $21.61 | $21.58 | $0.00 | $0.00 | $0.00 |

| SUB TOTAL | FREIGHT | TAX | AMOUNT |
| --- | --- | --- | --- |
| $539.77 | $0.00 | $43.19 | $582.96 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:   82998585

**Invoice**

**Page 1 of 1**

RCHE1DPD01

Shipped From:

MCKESSON MEDICAL-SURGICAL INC
1005 SATELLITE BLVD.
SUWANEE,GA 30024
SHIPPED FROM LICENSE: PHWH001594

Shipped To: ▇▇▇▇▇▇

THRIVE  MACON PHD
2278 INGLESIDE AVE
MACON GA  31204

REGULATORY LICENSE:  *#*#*#*#*#

TIN: ▇▇▇
DUNS: ▇▇▇

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:            1-888-822-8111

| | | | |
|---|---|---|---|
| Sales Order Number | 99467394 | Invoice Number | 19160918 |
| Sales Order Date | 07/12/2023 | Invoice Date | 07/12/2023 |
| PO Number | ▇▇▇ | Payment Due Date | 08/11/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $33.62 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full
the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's
acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

## Invoice Detail

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 803189 | Vendor: MGM01 | SPHYG, ANEROID DLX LF GRN CHLD | ▇ | BX | ▇ | ▇ | 24.63 | 1.72 | |
| | Vend Cat#:  01-720-9CGRGM | PO LN 1 | | | | | | | |
| | Tracking # ▇▇▇ | | | | | | | | |

Shipped: 07/12/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554

| HANDLING | COLD CHAIN | HAZMAT | BULK | STD/EXP FRT | TAX STATE | COUNTY | CITY | DISTRICT | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| $6.79 | $0.00 | $0.00 | $0.00 | $0.00 | $1.26 | $0.94 | $0.00 | $0.00 | $0.00 |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $24.63 | $6.79 | $2.20 | $33.62 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and
costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on
request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for
discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

**Invoice**

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

| | | | |
|---|---|---|---|
| Account Number | 82998585 | | |
| Document Number | 19160918 | Date | 07/12/2023 |
| Terms | | AR NET 30 DAYS | |
| Pay This Amount Before | 08/11/2023 | | $33.62 |

THRIVE  MACON PHD

2278 INGLESIDE AVE
MACON GA  31204

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

**Please Remit To:**
MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:     82998585

**Invoice**

**Page 1 of 2**

RCHE1DPD01

Shipped From:

MCKESSON MEDICAL-SURGICAL INC
1005 SATELLITE BLVD.
SUWANEE,GA 30024
SHIPPED FROM LICENSE: PHWH001594

Shipped To: ▉

THRIVE  MACON PHD
2278 INGLESIDE AVE
MACON GA  31204

▉
▉
▉

REGULATORY LICENSE:  *#*#*#*#*#

TIN: ▉
DUNS: ▉

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:                         1-888-822-8111

| | | | |
|---|---|---|---|
| Sales Order Number | 99531774 | Invoice Number | 19199144 |
| Sales Order Date | 07/13/2023 | Invoice Date | 07/13/2023 |
| PO Number | ▉ | Payment Due Date | 08/12/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $41.68 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full
the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's
acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

## Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1056612 | Vendor: RJSHNR   Vend Cat#:  US03562A | SOAP, HAND SOFTSOAP CRISP CLEA   PO LN 1 | ▉ | EA | ▉ | ▉ | 8.79 | .68 | |
| | Tracking # | Shipped: 07/13/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | |
| 1040599 | Vendor: MGM16   Vend Cat#:  165-MF250P | TOWEL, MULTI-FOLD PREM 1PLY WH   PO LN 2 | | PK | ▉ | ▉ | 10.74 | .83 | |
| | Tracking # | Shipped: 07/13/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | |
| 771927 | Vendor: CLRXCO   Vend Cat#:  01593 | WIPE, CLOROX DISINFECTING FRES   PO LN 3 | | CT | ▉ | ▉ | 12.36 | .96 | |
| | Tracking # | Shipped: 07/13/2023  From: Atlanta  Via: UPS GROUND  Broker Lic: PHWH004554 | | | | | | | |

| HANDLING | COLD CHAIN | HAZMAT | BULK | STD/EXP FRT | TAX STATE | COUNTY | CITY | DISTRICT | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| $6.79 | $0.00 | $0.00 | $0.00 | $0.00 | $1.54 | $1.07 | $0.00 | $0.39 | $0.00 |

# McKESSON

**Invoice**

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

| | | | |
|---|---|---|---|
| Account Number | 82998585 | | |
| Document Number | 19199144 | Date | 07/13/2023 |
| Terms | | AR NET 30 DAYS | |
| Pay This Amount Before | 08/12/2023 | | $41.68 |

THRIVE  MACON PHD
2278 INGLESIDE AVE
MACON GA  31204

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

Please Remit To:
MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

**MCKESSON**

**Invoice**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Page 2 of 2**

RCHE1DPD01

Bill To:      82998585
THRIVE  MACON PHD
2278 INGLESIDE AVE
MACON GA  31204

Shipped To:

████████████
████████████
REGULATORY LICENSE: *#*#*#*#*#*#

| Invoice Number 19199144 | PO Number ████ | | Invoice Date  07/13/2023 |
|---|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | SUB TOTAL | | FREIGHT | | TAX | AMOUNT |
| | | | | $31.89 | | $6.79 | | $3.00 | $41.68 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.

PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

Bill To:    82998585

**Invoice**

**Page 1 of 2**

RCHE1DPD01

Shipped From:
MCKESSON MEDICAL-SURGICAL INC
1005 SATELLITE BLVD.
SUWANEE,GA 30024
SHIPPED FROM LICENSE: PHWH001594

Shipped To: █████

█████████████
██████████████
REGULATORY LICENSE:  *#*#*#*#*#

THRIVE  MACON PHD
2278 INGLESIDE AVE
MACON GA  31204

TIN:  █████
DUNS:  █████

Payment / Account Balance Inquires: 1-800-453-5180
Customer Service:            1-888-822-8111

| Sales Order Number | 574542 | Invoice Number | 19933292 |
|---|---|---|---|
| Sales Order Date | 07/26/2023 | Invoice Date | 07/26/2023 |
| PO Number | ██ | Payment Due Date | 08/25/2023 |
| Sales Rep Name | BAYS, CARRIE | Invoice Amount | $57.68 |

Notes:   By doing business with McKesson, Customer acknowledges that it is familiar with McKesson's Terms of Sale and is responsible for reviewing in full the complete Terms of Sale that apply to this purchase, located at https://mms.mckesson.com/content/terms-of-sale-extended-care.  McKesson's acceptance of Customer's order was expressly conditioned upon Customer's assent to the complete Terms of Sale.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

Disclaimer: You are responsible for verifying the HCPCS codes are correct

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 832682 | Vendor: MGM14 | GLOVE, EXAM VNYL MED N/S (150/ | █ | BX | █ | █ | 35.68 | 2.85 | |
| | Vend Cat#:  14-136 | PO LN 1 | | | | | | | |
| | Tracking # | ███ | | | | | | | |
| | Shipped: 07/26/2023  From: Atlanta   Via: UPS GROUND   Broker Lic: PHWH004554 | | | | | | | | |
| 937919 | Vendor: MGM53 | SANITIZER, HAND W/PUMP 18OZ (1 | █ | EA | █ | █ | 10.94 | .88 | |
| | Vend Cat#:  53-28037-18 | PO LN 2 | | | | | | | |
| | Tracking # | ███ | | | | | | | |
| | Shipped: 07/26/2023  From: Atlanta   Via: UPS GROUND   Broker Lic: PHWH004554 | | | | | | | | |

| HANDLING | COLD CHAIN | HAZMAT | BULK | STD/EXP FRT | TAX STATE | COUNTY | CITY | DISTRICT | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| $6.79 | $0.00 | $0.00 | $0.00 | $0.00 | $2.13 | $1.60 | $0.00 | $0.54 | $0.00 |

# McKESSON

**Invoice**

RCHE1DPD01

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

| Account Number | 82998585 | | |
|---|---|---|---|
| Document Number | 19933292 | Date | 07/26/2023 |
| | Terms | | AR NET 30 DAYS |
| Pay This Amount Before | 08/25/2023 | | $57.68 |

THRIVE  MACON PHD

2278 INGLESIDE AVE
MACON GA  31204

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

Please Remit To:

MCKESSON MEDICAL - SURGICAL
PO BOX 204786
DALLAS  TX 75320-4786

**MCKESSON**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Drive, Ste. 5176A
Henrico, VA 23233

**Page 2 of 2**    RCHE1DPD01

Bill To:    82998585
THRIVE  MACON PHD
2278 INGLESIDE AVE
MACON GA  31204

Shipped To:

REGULATORY LICENSE:  *#*#*#*#*#

| Invoice Number  19933292 | PO Number | | Invoice Date    07/26/2023 |
|---|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | SUB TOTAL | | FREIGHT | | TAX | AMOUNT |
| | | | | $46.62 | | $6.79 | | $4.27 | $57.68 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.