# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON MEDICAL-SURGICAL MINNESOTA SUPPLY INC., a Minnesota corporation,<br><br>      Plaintiff,<br><br>v.<br><br>THRIVE SKILLED PEDIATRIC CARE, LLC, a Delaware limited liability company; and SUMMIT PARTNERS, L.P., a Delaware limited partnership,<br><br>      Defendants. | Case No. 24-cv-00172-MN |

## STIPULATION TO EXTEND TIME

Plaintiff McKesson Medical-Surgical Minnesota Supply Inc. ("Plaintiff") and Defendants Thrive Skilled Pediatric Care, LLC ("Thrive") and Summit Partners, L.P. ("Summit," with Thrive collectively "Defendants") hereby enter into the following stipulation:

WHEREAS, Plaintiff filed a Second Amended Complaint on May 10, 2024 (D.I. 19);

WHEREAS, Defendant Thrive's current response deadline is May 24, 2024 and Defendant Summit's current response deadline is May 31, 2024. However, as a newly added defendant Summit has requested additional time to file its response to the Second Amended Complaint;

WHEREAS, the Parties, by counsel, have agreed that it would be preferable to present to the Court any motions filed in response to the Second Amended Complaint on a coordinated briefing schedule;

THE PARTIES, BY COUNSEL, HEREBY STIPULATE AND AGREE, and propose the following briefing schedule subject to the approval of the Court:

1. Defendants shall each file their respective response to the Second Amended Complaint on or before <u>June 21, 2024</u>;

2. Plaintiff shall file its opposition(s) to any motion(s) filed by Defendants on or before <u>July 10, 2024</u>; and

3. Defendants shall file their respective reply on <u>July 17, 2024</u>.

DATED:  May 23, 2024

**THE POWELL FIRM, LLC**

By: */s/ Jason C. Powell*
Jason C. Powell *(Del. Bar No. 3768)*
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
Telephone: (302) 650-1572
Facsimile: (302) 650-1574
JPowell@delawarefirm.com

*And*

Respectfully submitted,

**SHAW KELLER LLP**

By: */s/ Andrew E. Russell*
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Lindsey M. Gellar (No. 7202)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
lgellar@shawkeller.com
*Attorneys for Defendant Thrive Skilled Pediatric Care, LLC*

| | |
|---|---|
| **BUCHALTER**<br>A Professional Corporation<br>Joanne N. Davies<br>(*Admitted Pro Hac Vice*)<br>1420 Fifth Avenue, Suite 3100<br>Seattle, WA 98101<br>Telephone: (949) 224-6221<br>Email:  jdavies@buchalter.com<br><br>Douglas P. Farr*<br>60 E. South Temple Street, Suite 1200<br>Salt Lake City, Utah  84111-1004<br>Telephone: (801) 401-8688<br>Email:  dfarr@buchalter.com<br>\**Pro hac vice forthcoming*<br><br>*Attorneys for* Plaintiff *McKesson Medical-Surgical Minnesota Supply Inc*. | **BAYARD**<br><br>By:  */s/ Peter B. Ladig*<br>Peter B. Ladig (No. 3513)<br>Ronald P. Golden III (No. 6254)<br>600 N. King Street, Suite 400<br>P.O. Box 25130<br>Wilmington, DE 19899<br>Telephone: (302) 429-4219<br>pladig@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>Joseph P. Rockers*<br>Goodwin Procter LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>Telephone:  (617) 570-3976<br>JRockers@goodwinlaw.com<br>\**Pro hac vice forthcoming*<br><br>*Attorneys for Defendant Summit Partners, L.P.* |