**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

MCKESSON MEDICAL-SURGICAL MINNESOTA SUPPLY INC., a Minnesota corporation,

Plaintiff,

v.

THRIVE SKILLED PEDIATRIC CARE, LLC, a Delaware limited liability company; and SUMMIT PARTNERS, L.P., a Delaware limited partnership,

Defendants.

Case No. 24-CV-00172-MN

[redacted]

[PUBLIC VERSION]

**EXHIBIT A IN SUPPORT OF OPENING BRIEF IN SUPPORT OF MOTION TO DISMISS**

Dated: June 21, 2024

Respectfully submitted,

*/s/ Ronald P. Golden III*
Peter B. Ladig (No. 3513)
Ronald P. Golden III (No. 6254)
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 429-4219
pladig@bayardlaw.com
rgolden@bayardlaw.com

# REDACTED IN ITS ENTIRETY