# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON MEDICAL-SURGICAL MINNESOTA SUPPLY INC., a Minnesota corporation,<br><br>        Plaintiff,<br><br>v.<br><br>THRIVE SKILLED PEDIATRIC CARE, LLC, a Delaware limited liability company; and SUMMIT PARTNERS, L.P., a Delaware limited partnership,<br><br>        Defendants. | Case No. 1:24-cv-00172-MN |

## PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY – NON-PARTY SUBPOENAS

**PLEASE TAKE NOTICE** that on November 4, 2024, a true and correct copy of the following discovery directed to non-parties has been served on the following attorneys of record via the manner indicated below:

DISCOVERY SERVED:

      1.    Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action on Aveanna Healthcare, LLC;

      2.    Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action on Aveanna Healthcare AS, LLC;

      3.    Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action on Aveanna Healthcare Holdings Inc.; and

      4.    Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action on Edge Healthcare Partners, LLC.

ATTORNEYS SERVED:

| | |
|---|---|
| Andrew E. Russell<br>Lindsey M. Gellar<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801 | Attorneys for Defendant THRIVE SKILLED PEDIATRIC CARE, LLC<br><br>*Served Via U.S. Mail and Email*<br><br>Telephone: (302) 298-0700<br>Email: arussell@shawkeller.com;<br>lgellar@shawkeller.com |
| Peter B. Ladig<br>Ronald P. Golden III<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>P.O. Box 25130<br>Wilmington, DE 19899 | Attorneys for Defendant SUMMIT PARTNERS, L.P.<br><br>*Served Via U.S. Mail and Email*<br><br>Telephone: (302) 429-4219<br>Email: pladig@bayardlaw.com;<br>rgolden@bayardlaw.com |
| Joseph P. Rockers<br>Lee Isaac Usiskin<br>Matthew H. White<br>Goodwin Procter LLP<br>100 Northern Avenue<br>Boston, MA 02210 | Attorneys for Defendant SUMMIT PARTNERS, L.P.<br><br>*Served Via U.S. Mail and Email*<br><br>Telephone: (617) 570-3976<br>Email: JRockers@goodwinlaw.com;<br>lusiskin@goodwinlaw.com; and<br>mwhite@goodwinlaw.com |

DATED: November 4, 2024                Respectfully submitted,

**THE POWELL FIRM, LLC**

By: /s/ Jason C. Powell
Jason C. Powell *(Del. Bar No. 3768)*
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
Telephone: (302) 650-1572
Facsimile: (302) 650-1574
JPowell@delawarefirm.com

*And*

**BUCHALTER**
A Professional Corporation
Joanne N. Davies (*Admitted Pro Hac Vice*)
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101
Telephone: 949.224.6221
Email: jdavies@buchalter.com

Douglas P. Farr (*Admitted Pro Hac Vice*)
60 E. South Temple Street, Suite 1200
Salt Lake City, Utah 84111-1004
Telephone: 801.401.8688
Email: dfarr@buchalter.com

Counsel for Plaintiff
McKesson Medical-Surgical Minnesota Supply Inc.