# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON MEDICAL-SURGICAL MINNESOTA SUPPLY INC., a Minnesota corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THRIVE SKILLED PEDIATRIC CARE, LLC, a Delaware limited liability company; and SUMMIT PARTNERS, L.P., a Delaware limited partnership,<br><br>　　　　　Defendants. | Case No. 24-cv-00172-MN |

## STIPULATION AND [PROPOSED] ORDER TO STAY SCHEDULING ORDER (D.I. 47) DEADLINES

WHEREAS, Plaintiff McKesson Medical-Surgical Minnesota Supply Inc. and Defendants Thrive Skilled Pediatric Care, LLC and Summit Partners, L.P. (collectively the "Parties"), by and through the Parties' undersigned counsel, hereby notify the Court that the Parties have reached an agreement in principle to resolve this case. The Parties file this Stipulation and [Proposed] Order to Stay Scheduling Order (D.I. 47) Deadlines and respectfully ask this Court to stay all unreached deadlines in the case for thirty (30) days so that the settlement agreement may be finalized, and appropriate dismissal papers may be submitted.

Good cause exists for the requested stay because: (1) the Parties have reached an agreement to resolve this case; and (2) a stay will allow the Parties and the Court to avoid unnecessarily expending resources.

Dated: February 25, 2025

| | |
|---|---|
| THE POWELL FIRM, LLC | BAYARD, P.A. |
| /s/ Jason C. Powell | /s/ Ronald P. Golden III |
| Jason C. Powell *(Del. Bar No. 3768)* | Peter B. Ladig (No. 3513) |
| 1813 N. Franklin Street | Ronald P. Golden III (No. 6254) |
| P.O. Box 289 | 600 N. King Street, Suite 400 |
| Wilmington, DE 19899 | P.O. Box 25130 |
| Telephone: (302) 650-1572 | Wilmington, DE 19899 |
| Facsimile: (302) 650-1574 | Telephone: (302) 429-4219 |
| JPowell@delawarefirm.com | pladig@bayardlaw.com |
| | rgolden@bayardlaw.com |

BUCHALTER
A Professional Corporation
Joanne N. Davies
(*Admitted Pro Hac Vice*)
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101
Telephone: (949) 224-6221
Email: jdavies@buchalter.com

GOODWIN PROCTER LLP
Joseph P. Rockers
Matthew H. White
Lee Usiskin
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-3976
jrockers@goodwinlaw.com
mwhite@goodwinlaw.com
lusiskin@goodwinlaw.com

Douglas P. Farr
(*Admitted Pro Hac Vice*)
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111-1004
Telephone: (801) 401-8688
Email: dfarr@buchalter.com

*Attorneys for Defendant Summit Partners, L.P.*

*Attorneys for Plaintiff McKesson Medical-Surgical Minnesota Supply Inc*.

SHAW KELLER LLP

/s/ Andrew E. Russell
Andrew E. Russell (No. 5382)
Lindsey M. Gellar (No. 7202)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 298-0700
arussell@shawkeller.com
lgellar@shawkeller.com

*Attorneys for Defendant Thrive Skilled Pediatric Care, LLC*

SO ORDERED, this _____ day of February, 2025:

_____
UNITED STATES DISTRICT JUDGE