# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCKESSON MEDICAL-SURGICAL MINNESOTA SUPPLY INC., a Minnesota corporation,<br><br>      Plaintiff,<br><br>v.<br><br>THRIVE SKILLED PEDIATRIC CARE, LLC, a Delaware limited liability company; and SUMMIT PARTNERS, L.P., a Delaware limited partnership,<br><br>      Defendants. | Case No. 24-cv-00172-MN |

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS

COMES NOW Plaintiff McKesson Medical-Surgical Minnesota Supply Inc. and Defendants Thrive Skilled Pediatric Care, LLC and Summit Partners, L.P., by and through their respective undersigned counsel of record, and, being all of the parties in this action, jointly stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice. There are no remaining parties or claims to this action. Each party shall bear their own costs, expenses and attorneys' fees.

**DATED:** April 4, 2025

**THE POWELL FIRM, LLC**

By: *Jason C. Powell*
Jason C. Powell *(Del. Bar No. 3768)*
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
Telephone: (302) 650-1572
Facsimile: (302) 650-1574
JPowell@delawarefirm.com

*And*

**BUCHALTER**
A Professional Corporation
Joanne N. Davies
(*Admitted Pro Hac Vice*)
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101
Telephone: (949) 224-6221
Email: jdavies@buchalter.com

Douglas P. Farr
(*Admitted Pro Hac Vice*)
60 E. South Temple Street, Suite 1200
Salt Lake City, Utah 84111-1004
Telephone: (801) 401-8688
Email: dfarr@buchalter.com

*Attorneys for* Plaintiff *McKesson Medical-Surgical Minnesota Supply Inc.*

**SHAW KELLER LLP**

By: *Andrew E. Russell*
Andrew E. Russell (No. 5382)
Lindsey M. Gellar (No. 7202)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 298-0700
arussell@shawkeller.com
lgellar@shawkeller.com
*Attorneys for Defendant Thrive Skilled Pediatric Care, LLC*

**BAYARD**

By: *Ronald P. Golden III*
Peter B. Ladig (No. 3513)
Ronald P. Golden III (No. 6254)
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 429-4219
pladig@bayardlaw.com
rgolden@bayardlaw.com

Joseph P. Rockers*
Lee Isaac Usiskin*
Matthew H. White*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-3976
JRockers@goodwinlaw.com
lusiskin@goodwinlaw.com
mwhite@goodwinlaw.com
*\*Admitted Pro Hac Vice*

*Attorneys for Defendant Summit Partners, L.P.*

**JOINT STIPULATION OF DISMISSAL**